## LABORERS COMPLIANCE AGREEMENT

THIS AGREEMENT, dated  5/15/05  entered into by and between  Sunscape Construction  hereinafter called "Contractor", and the Alaska State District Council of Laborers and its affiliated local unions, hereinafter called "Union."

RECOGNITION: The Contractor recognizes the Union as the exclusive majority status bargaining representative of all of its employees performing laborers' work as defined within this Agreement only.

INCORPORATED COLLECTIVE BARGAINING AGREEMENT: The parties hereby incorporate by reference and agree to all the terms and conditions of the Alaska Master Agreement, except as modified hereafter. The parties agree that said terms and conditions of the Alaska Master Agreement, in conjunction with this document, constitute a Collective Bargaining Agreement.

TRUST FUND OBLIGATIONS: The Contractor acknowledges and agrees to report, pay, and be responsible for all contributions to the Pension Trust Fund, Health and Welfare Trust Fund, Training Trust Fund, Legal Services Trust Fund, and other applicable Trust Funds established by the terms and conditions of the Alaska Master Agreement. The Contractor further agrees to be bound by the terms and conditions of the Trust Agreements, and any amendments thereto, for the above Trust Funds. The Contractor accepts as its lawful representatives the Employer Trustees who may now or hereafter serve on the Board of Trustees. The Union shall furnish, at its expense, copies of the applicable Agreements upon request by the Contractor.

SUCCESSORS AND AFFILIATES: The Agreement shall be binding on successors and affiliates of the Contractor. Affiliates are defined as all sister companies, corporations, or joint ventures owned or controlled by the owners of the Contractor, either directly or indirectly. Ownership or control shall mean that the Contractor or owners, wither directly or indirectly, control management or influence the policies of the sister companies or corporations. Such affiliates constitute alter ego employers.

GRIEVANCE PROCEDURE: The grievance and arbitration procedure of the Alaska Master Agreement or successor agreement shall not apply. The following grievance procedure shall be followed by the parties in the event any dispute arises as to the interpretation of the Alaska Master Agreement or this Compliance Agreement, or any dispute of any condition of employment.

In the event of a dispute, every effort shall be made by the Union and Contractor to resolve said grievance at the job site. If a settlement of said grievance is not reached within five (5) days, the parties shall select an arbitrator by the AAA striking method from a list of Arbitrators provided by the AAA upon the request by the grieving party. The decision of the arbitrator shall be binding and enforceable under A.S 9.43 which is incorporated by reference and shall be complied with within five (5) days. Failure of either party to process the grievance according to the said process shall constitute abandonment and acceptance of the other party's position. Expenses of the arbitrator shall be borne equally by the parties.

MODIFICATION OF AGREEMENTS AND DOCUMENTS: In the event that any of the agreements or documents referred to herein are modified, amended, or renewed, they are hereby incorporated herein as of the effective date as modified, amended, or renewed. It will be the obligation of the Contractor to acquire copies of said agreements and documents, which the Union will provide at its expense.

TERM OF THIS AGREEMENT: This agreement shall be effective as of the date hereof (unless otherwise specified) and shall continue in effect during the term of the Alaska Master Agreement and during the term of any successor agreements. Either party may terminate this Agreement as of the determination date specified in Alaska Master Agreement or on the termination date specified in any successor Agreement, whichever is later, by giving the other party notice of intention to terminate, by certified or registered mail, at least sixty (60), but NOT more than ninety (90) days, in advance of such termination date. If a successor agreement has not been concluded as of the applicable termination date, the employer will abide by the most recent Alaska Master Agreement until a successor Alaska Master Agreement has been concluded.

By signing this agreement, the Employer acknowledges that is has received a copy of the Alaska Master Agreement to which it is bound. Additional copies of the Agreement and copies of the trust agreements are available upon written request from the District Council. It is recognized that the Employer has not given bargaining authority to the AGC and by signing this agreement the Employer does not assume any obligation to the AGC.

CHECKOFF: Upon proper written authorization, the Employer agrees to deduct $.05 per compensable hour from the wages of those employees who voluntarily authorize such deductions to the appropriate local Union's ALPEC committee.

ADDITIONAL INFORMATION:  Matthew Frizzell

---

UNION: Laborers' Local 341
Name of Contractor:  Sunscape Construction
Address:  PO Box 872108 Wasilla AK 99687
Phone number:  907-301-4469   Fax: _____
Corporation ___  Sole Proprietorship  X
Partnership ___  Joint Venture ___

Signature: [signed]
Date  5/15/05

Alaska State District Council of Laborers, AFL-CIO
2501 Commercial Drive – Anchorage, AK  99501
Phone number: (907) 272-4571
Fax (907) 274-0570

Signature: [Ronald C McX]
Date

DISTRIBUTION: District Council – Local Union – Trust – Company – Welfare & Pension

EXHIBIT B — Page 1 of ___