Sarah E. Josephson, Esq.
Jermain, Dunnagan & Owens
3000 A St., Suite 300
Anchorage, AK 99503
(907) 563-8844

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF the ALASKA LABORERS HEALTH AND SECURITY, RETIREMENT, TRAINING AND LEGAL SERVICES TRUST FUNDS,<br><br>                  Plaintiffs,<br><br>vs.<br><br>BRIAN A. PETROSS d/b/a SUNSCAPE CONSTRUCTION<br><br>                  Defendant. | Case No. 3:06-CV-00016-RRB |

## MOTION TO SERVE COMPLAINT BY PUBLICATION

Plaintiffs, Trustees of the Alaska Laborers Health and Security, Retirement, Training and Legal Services Trust Funds, by and through counsel, Jermain, Dunnagan & Owens, P.C., move this Court for an order permitting Plaintiffs to serve the Complaint in this matter on Defendant Brian A. Petross d/b/a Sunscape Construction by publication.

This motion is supported by the accompanying Affidavit of Diligent Inquiry.

DATED at Anchorage, Alaska, this 6th day of April, 2006.

              By: s/Sarah E. Josephson
                Sarah E. Josephson
                Jermain, Dunnagan & Owens
                3000 A Street, Suite 300
                Anchorage, AK  99503
                (907) 563-8844
                (907) 563-7322
                sjosephson@jdolaw.com
                ABA No. 9705017