IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF the ALASKA LABORERS HEALTH AND SECURITY, RETIREMENT, TRAINING AND LEGAL SERVICES TRUST FUNDS, <br><br>                Plaintiffs, <br><br>vs. <br><br>BRIAN A. PETROSS d/b/a SUNSCAPE CONSTRUCTION <br><br>                Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 3:06-CV-00016-RRB

**NOTICE TO ABSENT DEFENDANT**

TO:  Brian A. Petross d/b/a Sunscape Construction

Brian A. Petross d/b/a Sunscape Construction is hereby summoned and required to file with the Court an answer to the Complaint filed in this case. The answer must be filed with the Court at 222 W. 7th Avenue, Room 229, Anchorage, AK 99513, within thirty (30) days after the last date of publication of this notice. In addition, a copy of the answer must be sent to Plaintiffs' attorney, Sarah E. Josephson, whose address is Jermain, Dunnagan & Owens, 3000 A Street, Suite 300, Anchorage, Alaska, 99503.

If Brian A. Petross d/b/a Sunscape Construction fails to file an answer within the required time, a default judgment may be entered against Brian A. Petross d/b/a Sunscape Construction for the relief demanded in the Complaint.

This is an action for collection of unpaid employee benefits. The relief demanded is payment of the principal sum of approximately $3,612.60, plus interest, liquidated damages, costs and attorney's fees. Brian A. Petross d/b/a Sunscape Construction has been made a party to this action because he is responsible for the unpaid employee benefits.

(COURT SEAL)                                     CLERK OF COURT

                                                 By:_____
                                                    U.S. District Court