Sarah E. Josephson, Esq.
Jermain, Dunnagan & Owens
3000 A St., Suite 300
Anchorage, AK 99503
(907) 563-8844

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF the ALASKA LABORERS HEALTH AND SECURITY, RETIREMENT, TRAINING AND LEGAL SERVICES TRUST FUNDS,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>BRIAN A. PETROSS d/b/a SUNSCAPE CONSTRUCTION<br><br>　　　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-CV-00016-RRB |

**AFFIDAVIT OF DILIGENT INQUIRY**

STATE OF ALASKA　　　　　)
　　　　　　　　　　　　　　) ss.
THIRD JUDICIAL DISTRICT　)

　　Sarah E. Josephson, being first duly sworn, deposes and states:

　　1. I am an attorney with the law firm of Jermain, Dunnagan & Owens, P.C., attorneys of record for the Plaintiffs in this action.

　　2. Brian A. Petross is the sole owner of Sunscape Construction.

Case No. 3:06-CV-00016-RRB
AFFIDAVIT OF DILIGENT INQUIRY

Page 1 of 3

3. The summons and complaint in the above captioned matter was transmitted to North Country Process, Inc. for service on Brian Petross d/b/a Sunscape Construction. On February 28, 2006, North Country Process, Inc. provided a Return of Service indicating that it was unable to locate Brian Petross d/b/a Sunscape Construction and/or a new address for service of the summons and complaint (Exhibit 1).

4. On March 9, 2006, my office submitted a *Request for Change of Address or Box Holder Information Needed for Service of Legal Process* to the United States Postal Service for Brian Petross' post office box located in Anchorage, Alaska. The Anchorage, Alaska Postmaster indicated that Brian Petross was "not known at address given" (Exhibit 2).

5. On March 9, 2006, my office submitted a *Request for Change of Address or Box Holder Information Needed for Service of Legal Process* to the United States Postal Service for Brian Petross' post office box located in Wasilla, Alaska. The Wasilla, Alaska Postmaster indicated that the physical address for Mr. Petross was 2871 Fairview Loop, Wasilla, AK 99654 (Exhibit 3). However, North Country Process previously attempted service unsuccessfully at this address (Exhibit 1).

6. A thorough search of public records conducted by my office via Accurint and Ingens computer services did not result in the location of any additional mailing and/or physical addresses for Brian Petross and/or Sunscape Construction.

7. Plaintiffs have been unable to complete personal service on Brian Petross d/b/a Sunscape Construction and therefore request permission to accomplish service on said Defendant by publication as provided by Alaska Civil Rule 4(e)(2).

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*Sarah E. Josephson*
Sarah E. Josephson
Alaska Bar No. 9705017

SUBSCRIBED AND SWORN to before me this 6th day of April, 2006.



Notary Public in and for Alaska
My Commission Expires: 3/20/07

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322