# RETURN OF SERVICE

Case Number:   3:06 CV 16 RRB

TRUSTEES OF THE ALASKA LABORERS HEALTH AND SECURITY TRUST FUND, ET AL.
    Plaintiff(s),

vs.

BRIAN A. PETROSS DBA SUNSCAPE CONSTRUCTION
    Defendant(s).

I certify that the following documents are returned unserved:

SUMMONS AND COMPLAINT

NORTH COUNTRY ATTEMPTED TO SERVE BRIAN A. PETROSS, D/B/A SUNSCAPE CONSTRUCTION, AT 3011 CHRIS CIR., ANCHORAGE, ALASKA, ON JANUARY 29, 2006. WE SPOKE WITH AN OLDER LADY WHO TOLD US MR. PETROSS USED HER ADDRESS AT ONE POINT FOR MAIL, BUT THAT HE NEVER LIVED THERE. THE LADY MENTIONED THAT SHE THINKS HE MIGHT BE LIVING OUT OF STATE. RESEARCH OF HUNTING/FISHING LICENSES DID NOT REVEAL A CURRENT RECORD FOR BRIAN PETROSS. DUE TO SENATE BILL 284, NORTH COUNTRY IS UNABLE TO ACCESS 2005 PFD RECORDS, AND 2004 PFD RECORDS REVEALED MR. PETROSS APPLIED FOR HIS PFD AT THE CHRIS CIRCLE ADDRESS. RESEARCH OF DMV RECORDS REVEALED MR. PETROSS REGISTERED THREE VEHICLES TO A PHYSICAL ADDRESS OF 2871 E. FAIRVIEW LP., WASILLA, ALASKA, WITH A MAILING ADDRESS OF PO BOX 872108, WASILLA, ALASKA, DURING JUNE AND JULY OF 2005. WE ATTEMPTED TO SERVE MR. PETROSS AT THE FAIRVIEW LOOP ADDRESS ON ONE OCCASION DURING FEBRUARY OF 2006, AND SPOKE WITH A YOUNG MAN WHO TOLD US MR. PETROSS MOVED TO CALIFORNIA WITH HIS FATHER DURING OCTOBER OF 2005. THE MAN SAID THAT HE HAD ONE OF MR. PETROSS'S VEHICLES, AND THAT HE RECENTLY HEARD MR. PETROSS WAS BACK IN TOWN. THE MAN TOOK OUR BUSINESS CARD TO GIVE TO MR. PETROSS, BUT WE HAVE NOT RECEIVED A RETURN CALL TO DATE. TWO ATTEMPTS HAVE BEEN MADE AT TWO ADDRESSES. RESEARCH OF DMV AND PFD RECORDS AND HUNTING/FISHING LICENSES WAS PERFORMED. A PRICE BREAK HAS BEEN GIVEN ON RESEARCH. NORTH COUNTRY IS RETURNING THE DOCUMENTS AS WE ARE UNABLE TO LOCATE A NEW ADDRESS FOR BRIAN PETROSS, D/B/A SUNSCAPE CONSTRUCTION.

KAREN CLEVELAND
(DOUGLAS CALLISON for)
Civilian Process Server

SUBSCRIBED AND SWORN to before me this February 28, 2006

Notary Public in and for the State of Alaska
My Commission Expires:   5/20/2009

Client:   JERMAIN, DUNAGAN & OWENS
Client Contact:   LESLIE
File Number:   25000.629

Service Fee:   $0.00
Mileage Fee:   $15.00


EXHIBIT 1