POSTMASTER  
Anchorage, AK 99511

Date: 3/9/06

**Request for Change of Address or Box Holder**
**Information Needed for Service of Legal Process**

Please furnish the new address or the name and street address (if a box holder) for the following:
NAME: __Brian Petross__
ADDRESS: __P.O. Box 110162    Anchorage, AK 99511__
NOTE: the name and last known address are required for change of address information. The name, if known and post office box address are required for box holder information.

1. Capacity of requester (e.g., process server, attorney, party representing himself): __Attorney__

2. Statute or regulation that empowers me to serve process (not required when requester is an attorney or party acting pro except a corporation acting pre se must see statute):_____

3. The names of all known parties to the litigation: __Alaska Laborers v. Brian A. Petross__

4. The court in which the case will be held: __U.S. District Court__

5. The docket or other identifying number if one has been issued: __3:06-CV-16 RRB__

6. The capacity in which this individual is to be served: __Defendant__

WARNING
THE SUBMISSION OF FALSE INFORMATION TO OBTAIN AND USE CHANGE OF ADDRESS INFORMATION OR BOXHOLDER INFORMATION FOR ANY PURPOSE OTHER THAN THE SERVICE OF LEGAL PROCESS IN CONNECTION WITH ACTUAL OR PROSPECTIVE LITIGATION COULD RESULT IN CRIMINAL PENALTIES INCLUDING A FINE OF UP TO $10,000 OR IMPRISONMENT OR (2) TO AVOID PAYMENT OF THE FEE FOR CHANGE OF ADDRESS INFORMATION OF NOT MORE THAN 5 YEARS, OR BOTH (TITLE 18 U.S.C. SECTION 1001).

I certify that the above information is true and that the address information is needed and will be used solely for service of legal process in connection with a prospective litigation.
**PLEASE TRY TO RESPOND WITHIN 1 WEEK FROM THE DATE OF THIS FORM**

_Dawn Andrews_ (signature)
Dawn Andrews, Paralegal
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
(907) 563-8844

Please provide physical address
Please provide forwarding address
Thank You!

YOU MAY FAX TO (907) 563-7322

FOR POST OFFICE USE ONLY

- Mail delivered to this address
- X Not known at address given
- Moved left no forwarding address
- No such address

NEW ADDRESS, OR BOX HOLDER NAME AND ADDRESS

EXHIBIT 2