POSTMASTER
Wasilla, AK 99687

Date: 3/9/06

**Request for Change of Address or Box Holder
Information Needed for Service of Legal Process**

Please furnish the new address or the name and street address (if a box holder) for the following:
NAME: __Brian Petross__
ADDRESS: __P.O. Box 872108      Wasilla, AK 99687__
NOTE: the name and last known address are required for change of address information. The name, if known and post office box address are required for box holder information.

1. Capacity of requester (e.g., process server, attorney, party representing himself): **Attorney**

2. Statute or regulation that empowers me to serve process (not required when requester is an attorney or party acting pro except a corporation acting pre se must see statute):_____

3. The names of all known parties to the litigation: **Alaska Laborers v. Brian A. Petross**

4. The court in which the case will be held: **U.S. District Court**

5. The docket or other identifying number if one has been issued: **3:06-CV-16 RRB**

6. The capacity in which this individual is to be served: **Defendant**

WARNING
THE SUBMISSION OF FALSE INFORMATION TO OBTAIN AND USE CHANGE OF ADDRESS INFORMATION OR BOXHOLDER INFORMATION FOR ANY PURPOSE OTHER THAN THE SERVICE OF LEGAL PROCESS IN CONNECTION WITH ACTUAL OR PROSPECTIVE LITIGATION COULD RESULT IN CRIMINAL PENALTIES INCLUDING A FINE OF UP TO $10,000 OR IMPRISONMENT OR (2) TO AVOID PAYMENT OF THE FEE FOR CHANGE OF ADDRESS INFORMATION OF NOT MORE THAN 5 YEARS, OR BOTH (TITLE 18 U.S.C. SECTION 1001).

I certify that the above information is true and that the address information is needed and will be used solely for service of legal process in connection with a prospective litigation.
**PLEASE TRY TO RESPOND WITHIN 1 WEEK FROM THE DATE OF THIS FORM**

*signature*
Dawn Andrews, Paralegal
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
(907) 563-8844

Please provide physical address
Please provide forwarding address
Thank You!

**YOU MAY FAX TO (907) 563-7322**

FOR POST OFFICE USE ONLY

- Mail delivered to this address   X
- Not known at address given
- Moved left no forwarding address
- No such address

NEW ADDRESS, OR BOX HOLDER'S NAME AND ADDRESS

Sunscape Construction
2871 Fairview Loop Wasilla AK 99654

[Postmark: WASILLA AK 99687 MAR 16 2006 PM USPS]

EXHIBIT 3