Sarah E. Josephson, Esq.
Jermain, Dunnagan & Owens
3000 A St., Suite 300
Anchorage, AK 99503
(907) 563-8844

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF the ALASKA LABORERS HEALTH AND SECURITY, RETIREMENT, TRAINING AND LEGAL SERVICES TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIAN A. PETROSS d/b/a SUNSCAPE CONSTRUCTION<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-CV-00016-RRB |

### ORDER FOR SERVICE OF COMPLAINT BY PUBLICATION

IT IS HEREBY ORDERED that the Notice to Absent Defendant in this matter may be served by publication upon Defendant Brian A. Petross d/b/a Sunscape Construction in a newspaper of general circulation for the last-known address of Defendant in accordance with the provisions of Alaska Civil Rule 4(e)(2).

DATED: April 11, 2006

JUDGE OF THE DISTRICT COURT

Case No. 3:06-CV-00016-RRB
ORDER FOR SERVICE OF COMPLAINT BY PUBLICATION                              Page 1 of 1