Sarah E. Josephson, Esq.
Jermain, Dunnagan & Owens
3000 A St., Suite 300
Anchorage, AK 99503
(907) 563-8844

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF the ALASKA LABORERS HEALTH AND SECURITY, RETIREMENT, TRAINING AND LEGAL SERVICES TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIAN A. PETROSS d/b/a SUNSCAPE CONSTRUCTION<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-CV-00016-RRB |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT BRIAN A. PETROSS d/b/a SUNSCAPE CONSTRUCTION

COME NOW plaintiffs, Trustees of the Alaska Laborers Health and Security, Retirement, Training and Legal Services Trust Funds, by and through their attorneys of record, Jermain, Dunnagan & Owens, P.C., and move pursuant to Fed. R. Civ. P. 55(b)(1), for entry of default judgment in their favor against defendant Brian A. Petross d/b/a Sunscape Construction for all amounts owing to the Laborers Trust Funds for hours worked during the period of May, June and July, 2005. This motion is supported by the attached memorandum.

Motion for Entry of Default Judgment                              Page 1 of 2
Case No. 3:06-CV-00016 RRB

DATED this 29th day of June, 2006.

        JERMAIN DUNNAGAN & OWENS, P.C.
        Attorneys for Plaintiffs

By:   Sarah E. Josephson
       Sarah E. Josephson
       Jermain, Dunnagan & Owens
       3000 A Street, Suite 300
       Anchorage, AK  99503
       (907) 563-8844
       (907) 563-7322
       sjosephson@jdolaw.com
       ABA No. 9705017