Sarah E. Josephson, Esq.
Jermain, Dunnagan & Owens
3000 A St., Suite 300
Anchorage, AK 99503
(907) 563-8844

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF the ALASKA LABORERS HEALTH AND SECURITY, RETIREMENT, TRAINING AND LEGAL SERVICES TRUST FUNDS,<br><br>                Plaintiffs,<br><br>vs.<br><br>BRIAN A. PETROSS d/b/a SUNSCAPE CONSTRUCTION<br><br>                Defendant. | Case No. 3:06-CV-00016-RRB |

**MEMORANDUM IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT PURSUANT TO CIVIL RULE 55(b)(1)**

      Defendant Brian A. Petross, d/b/a Sunscape Construction, executed a Laborers Compliance Agreement for private construction projects for the period May, June and July, 2005, with the Alaska State District Council of Laborers and its affiliated Local Unions. See Exhibit 1 attached to Plaintiff's Complaint. Defendant also signed remittance reports from the Alaska Laborers Trust Funds for the months of May, June and July, 2005, which included the following affirmation:

> The undersigned Employer agrees to be bound by the Trust Agreements creating and controlling the Fringe Benefits listed and make contributions to said Trust Funds as required by the current Labor Agreements providing for said Trusts and further the enclosed contributions are to be credited to the accounts of the above listed employees for the indicated Trust purposes.

The Trust Agreements require defendant to report all hours worked by all covered employees and to make monetary contributions to the retirement accounts of the individuals covered, and to the health and security, training and legal services funds as set forth in the CBA and the Agreements.

Review of relevant remittance reports submitted by the employer revealed a delinquency of $3,613.09 owing to the Alaska Laborers Trust Fund for work performed on projects during May, June and July, 2005.  *See* Affidavit of Tana Hart, attached as Exhibit 1.  *See also*, spreadsheet showing hours worked based on a review of remittance reports, attached as Exhibit 2, and the remittance reports, attached as Exhibit 3.

Due to the failure of Brian Petross d/b/a Sunscape Construction, to plead or otherwise defend this case, Plaintiffs seek to obtain entry of default against defendant Brian Petross d/b/a Sunscape Construction.  Delay in entry of default against defendant will prejudice the rights of plaintiffs to timely collect their damages.

For the above reasons, the Court should enter the default judgment in favor of plaintiffs Trustees of the Retirement, Health & Security, Training and Legal Trust Funds for work performed by the Laborers against defendant Brian Petross d/b/a Sunscape Construction pursuant to Fed. R. Civ. P. 55(b)(1) in the amount of $3,613.09, plus interest in the amount of $312.91 calculated at the contract rate of 10% per annum through June 30,

2006, and continuing to accrue, liquidated damages in the amount of $338.40, and costs and attorney fees incurred in bringing this action.

DATED this 29th day of June, 2006.

        JERMAIN DUNNAGAN & OWENS, P.C.
        Attorneys for Plaintiffs


      By: Sarah E. Josephson
        Sarah E. Josephson
        Jermain, Dunnagan & Owens
        3000 A Street, Suite 300
        Anchorage, AK  99503
        (907) 563-8844
        (907) 563-7322
        sjosephson@jdolaw.com
        ABA No. 9705017