Sarah E. Josephson, Esq.
Jermain, Dunnagan & Owens
3000 A St., Suite 300
Anchorage, AK 99503
(907) 563-8844

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF the ALASKA LABORERS HEALTH AND SECURITY, RETIREMENT, TRAINING AND LEGAL SERVICES TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIAN A. PETROSS d/b/a SUNSCAPE CONSTRUCTION<br><br>Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:06-CV-00016-RRB |

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

**AFFIDAVIT OF TANA HART**

Tana Hart, being first duly sworn, deposes and states as follows:

1.  I am the Collections Coordinator for the Laborers Trust Funds and have knowledge to the facts stated herein. The statements made in this affidavit are true and correct to the best of my knowledge.

Exhibit 1
Page 1 of 2

2.  The document attached as Exhibit 2 to plaintiff Laborers Trust Funds Memorandum in Support of Motion for Entry of Default Judgment is a true and correct copy of the amounts determined owing to the Laborers Trust Funds after an examination of remittance reports submitted by Brian A. Petross d/b/a Sunscape Construction for the periods of May, June and July, 2005.

3.  As reflected in Exhibit 2, defendant's delinquency owed to the Laborers Trust Funds is $3,613.09 for work performed for Laborers during the period of May, June and July, 2005. This amount does not include liquidated damages in the amount $338.40, interest accrued through June 30, 2006 in the amount of $312.91, and attorney's fees and costs.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Date: 6/28/06

_____
Tana Hart

SUBSCRIBED AND SWORN to before me this 28 day of June, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 9-9-09

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Affidavit of Tana Hart
Case No. 3:06-CV-00016 RRB

Exhibit 1
Page 2 of 2