Alaska Laborers/Sunscape Construction

| | Hours | Health & Security ($4.91) | Defined Benefits ($3.00) | Training ($.35) | Local 341 dues (3% wages) | NW Organizing Fund ($.05) | Legal ($.10) | ALPEC/ Pension ($.05) | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| May-05 | 40 | $196.40 | $120.00 | $14.00 | $22.91 | $2.00 | $4.00 | $2.00 | $361.31 |
| liquidated damages - 10% | | $19.64 | $12.00 | $1.40 | | $0.20 | $0.40 | $0.20 | $33.84 |
| interest-10% (6/15/05-6/30/06) | | $20.45 | $12.49 | $1.46 | | $0.21 | $0.42 | $0.21 | $35.24 |
| TOTAL | | $236.49 | $144.49 | $16.86 | $22.91 | $2.41 | $4.82 | $2.41 | $430.39 |
| June-05 | 160 | $785.60 | $480.00 | $56.00 | $91.64 | $8.00 | $16.00 | $8.00 | $1,445.24 |
| liquidated damages - 10% | | $78.56 | $48.00 | $5.60 | | $0.80 | $1.60 | $0.80 | $735.36 |
| interest-10% (7/15/05-6/30/06) | | $75.33 | $46.03 | $5.37 | | $0.77 | $1.53 | $0.77 | $129.80 |
| TOTAL | | $939.49 | $574.03 | $66.97 | $91.64 | $9.57 | $19.13 | $9.57 | $1,710.40 |
| July-05 | 200 | $982.00 | $600.00 | $70.00 | $114.54 | $10.00 | $20.00 | $10.00 | $1,806.54 |
| liquidated damages - 10% | | $98.20 | $60.00 | $7.00 | | $1.00 | $2.00 | $1.00 | $169.20 |
| interest-10% (8/15/05-6/30/06) | | $85.82 | $52.44 | $6.12 | | $0.87 | $1.75 | $0.87 | $147.87 |
| TOTAL | | $1,166.02 | $712.44 | $83.12 | $114.54 | $11.87 | $23.75 | $11.87 | $2,123.61 |

| | |
|---|---|
| Total Contributions | $3,613.09 |
| Total Liquidated Damages | $338.40 |
| Total Interest through 6/30/06 | $312.91 |
| TOTAL DUE as of 6/30/06 | $4,264.40 |

EXHIBIT 2
Page 1 of 1