ALASKA CONSTRUCTION INDUSTRY
TRUST FUNDS
C/O WELFARE AND PENSION ADMINISTRATION SERVICE, INC
PO BOX 34203, SEATTLE WA 98124
(206) 441-7574, EXTENSION 3314

PAGE 1 OF 1

☐ CHECK HERE IF NO COVERED EMPLOYEES THIS MONTH.

**EMPLOYER REMITTANCE REPORT**

SUNSCAPE CONSTRUCTION    23    012    001
PRIVATE JOBS
PO BOX 872108
WASILLA AK 99687

WORK PERIOD: SEP 2005    ACCOUNT NO: 85630

IF THIS REPORT COVERS OTHER THAN PRINTED PERIOD, PLEASE INDICATE.

APPRENTICESHIP

| EMPLOYEE NAME | SOCIAL SECURITY NO | COMPENSABLE HOURS | 3% GROSS 341 341 WAGES | 3% GROSS 942 942 WAGES |
|---|---|---|---|---|
| FRIZZELL M | 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 | | | |

RECEIVED OCT 07 2005 LABOR TRUST SERVICES, INC

*EMPLOYEE NO LONGER WORKING for Company*

PLEASE DESIGNATE EITHER LOCAL 341 OR 942 FOR EACH EMPLOYEE.
PLEASE REFER TO YOUR LABOR AGREEMENT FOR RATE INFORMATION

THIS REPORT DUE NOT LATER THAN:
OCT 15, 2005

JOB SITE AT _____

The undersigned Employer agrees to be bound by the Trust Agreements creating and controlling the Fringe Benefits listed and make contributions to said Trust Funds as required by the current Labor Agreements providing for said Trusts and further, the enclosed contributions are to be credited to the accounts of the above listed employees for the indicated Trusts' purposes.

I CERTIFY THIS INFORMATION IN THIS REPORT IS TRUE AND CORRECT

Kathy Kochendorfer
SIGNATURE

Payroll Clerk
TITLE

(907) 376-2191
TELEPHONE NO.

10/4/05
DATE

801Z

| | | RATE | AMOUNT DUE | ADJUSTMENTS | AMOUNT DUE |
|---|---|---|---|---|---|
| A. | HEALTH | 4.91 | | | |
| B. | DEF BENE | 3.00 | | | |
| C. | TRAINING | .35 | | | |
| D. | 341 ANCH | 3.00% GROSS WAGE | | | |
| E. | 942 FBKS | 3.00% GROSS WAGE | | | |
| F. | RNW ORGANIZING FUND (WAGE DED) | .05 | | | |
| G. | | | | | |
| H. | | | | | |
| I. | LEGAL | .10 | | | |
| J. | LALPEC/PENSION (WAGE DED) | .05 | | | |
| K. | | | | | |
| L. | | | | | |
| M. | | | | | |
| | TOTAL AMOUNT OF REMITTANCE SUM OF A THROUGH L | | $ | | |

Exhibit 3
Page 1 of 5

MAIL REPORT AND REMITTANCE TO AND MAKE CHECK PAYABLE TO
ALASKA LABORERS TRUST FUNDS
P O BOX 93870
ANCHORAGE AK 99509

ALASKA LABORERS-EMPLOYERS CONSTRUCTION INDUSTRY
TRUST FUNDS
C/O WELFARE AND PENSION ADMINISTRATION SERVICE, INC
PO BOX 34203, SEATTLE WA 98124
(206) 441-7574, EXTENSION 3314

PAGE 1 OF 1

☐ CHECK HERE IF NO COVERED EMPLOYEES THIS MONTH.

**EMPLOYER REMITTANCE REPORT**

SUNSCAPE CONSTRUCTION    23   012    001
PRIVATE JOBS
PO BOX 872108
WASILLA AK 99687

| WORK PERIOD | ACCOUNT NO |
|---|---|
| AUG MONTH | 2005 YEAR | 85630 |

IF THIS REPORT COVERS OTHER THAN PRINTED PERIOD, PLEASE INDICATE

APPRENTICESHIP

| EMPLOYEE NAME | SOCIAL SECURITY NO. | COMPENSABLE HOURS | 341 DUES/WAGES | 942 DUES/WAGES |
|---|---|---|---|---|
| NO EMPLOYEES PAID UNION WAGES | | | | |
| Matthew Frizzell final day worked 7/22/05 | | | | |

RECEIVED
OCT 03 2005
LABOR TRUST SERVICES, INC

PLEASE DESIGNATE EITHER LOCAL 341 OR 942 FOR EACH EMPLOYEE.
PLEASE REFER TO YOUR LABOR AGREEMENT FOR RATE INFORMATION
TOTAL HOURS

**THIS REPORT DUE NOT LATER THAN:**
SEP 15, 2005

JOB SITE AT _____

The undersigned Employer agrees to be bound by the Trust Agreements creating and controlling the Fringe Benefits listed and make contributions to said Trust Funds as required by the current Labor Agreements providing for said Trusts and further the enclosed contributions are to be credited to the accounts of the above listed employees for the indicated Trusts' purposes.

I CERTIFY THIS INFORMATION IN THIS REPORT IS TRUE AND CORRECT

*Kathy Lohrenkrofer* (SIGNATURE)
Bookkeeper (TITLE)
376-2191    9/15/05
TELEPHONE No.     DATE

801Z

| | HOURS OR NO EMPLOYEES | RATE | AMOUNT DUE | ADJUSTMENTS |
|---|---|---|---|---|
| A. HEALTH | | 4.91 | | |
| B. DEF BENE | | 3.00 | | |
| C. TRAINING | | .35 | | |
| D. 341 ANCH | | 3.00% GROSS WAGE | | |
| E. 942 FRKS | | 3.00% GROSS WAGE | | |
| F. RNN ORGANIZING FUND (WAGE DED) | | .05 | | |
| G. | | | | |
| H. LEGAL | | .10 | | |
| I. LALPEC/PENSION (WAGE DED) | | .05 | | |
| J. | | | | |
| K. | | | | |
| L. | | | | |
| M. | TOTAL AMOUNT OF REMITTANCE SUM OF A THROUGH L | | $ | |

Exhibit 3
Page 2 of 5

MAIL REPORT AND REMITTANCE TO AND MAKE CHECK PAYABLE TO
ALASKA LABORERS TRUST FUNDS
P O BOX 93870
ANCHORAGE AK 99509

ALASKA LABORERS-EMPLOYERS CONSTRUCTION INDUSTRY TRUST FUNDS
C/O WELFARE AND PENSION ADMINISTRATION SERVICE, INC
PO BOX 34203, SEATTLE WA 98124
(206) 441-7574, EXTENSION 3314

PAGE 1 OF 1

☐ CHECK HERE IF NO COVERED EMPLOYEES THIS MONTH

EMPLOYER REMITTANCE REPORT

SUNSCAPE CONSTRUCTION 23 012 002
PRIVATE JOBS
PO BOX 872108
WASILLA AK 99687

JUL 2005 85630

ADMINISTRATION OFFICE

| Name | SSN | Hours | 341 Gross | 942 Gross |
|---|---|---|---|---|
| Matthew T. Frizzell | 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 | 200.0 | 3818.00 114.55 | |

PLEASE DESIGNATE EITHER LOCAL 341 OR 942 FOR EACH EMPLOYEE.
PLEASE REFER TO YOUR LABOR AGREEMENT FOR RATE INFORMATION

TOTAL HOURS 200.0

THIS REPORT DUE NOT LATER THAN
AUG 25, 2005

JOB SITE AT _____

| | Hours | Rate | Amount | Total |
|---|---|---|---|---|
| A. HEALTH | 200.0 | 4.91 | 982.00 | 982.00 |
| B. DEF PERS | 200.0 | 3.00 | 600.00 | 600.00 |
| C. TRAINING | 200.0 | .35 | 70.00 | 70.00 |
| D. 341 ANCH | 3818.00 | 3.00% | 114.55 | 114.55 |
| E. 942 SUPS | | 3.00% GROSS WAGE | | |
| F. ADMINISTRATIVE FUND(ASSESS DED) | 200.0 | .05 | 10.00 | 10.00 |
| H. LEGAL | 200.0 | .10 | 20.00 | 20.00 |
| I. ALPEC/PENSION (WAGE DED) | 200.0 | .05 | 10.00 | 10.00 |

TOTAL AMOUNT OF REMITTANCE
SUM OF A THROUGH L $ 1806.55

ALASKA LABORERS TRUST FUNDS
PO BOX 93870
ANCHORAGE AK 99509

Exhibit 3
Page 3 of 5

**ALASKA LABORERS-EMPLOYERS CONSTRUCTION INDUSTRY TRUST FUNDS**
C/O WELFARE AND PENSION ADMINISTRATION SERVICE, INC
PO BOX 34203, SEATTLE WA 98124
(206) 441-7574, EXTENSION 3314

PAGE 1 OF 1

☐ CHECK HERE IF NO EMPLOYEES THIS MONTH

**EMPLOYER REMITTANCE REPORT**

SUNSCAPE CONSTRUCTION     23-012    001
PRIVATE JOBS
PO BOX 872108
WASILLA AK 99687

| MONTH | YEAR | |
|---|---|---|
| JUN | 2005 | 85630 |

IF THIS REPORT COVERS OTHER THAN PRINTED PERIOD, PLEASE INDICATE

ADMINISTRATION OFFICE

| EMPLOYEE NAME | SOCIAL SECURITY NO. | HOURS | WAGES | 3% GROSS 341 | 3% GROSS 942 |
|---|---|---|---|---|---|
| Matthew T. Frazzell | 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 | 160.00 | ~~91.64~~ | 3054.40 | |

PLEASE DESIGNATE EITHER LOCAL 341 OR 942 FOR EACH EMPLOYEE.
PLEASE REFER TO YOUR LABOR AGREEMENT FOR RATE INFORMATION

TOTAL HOURS: 160.00

THIS REPORT DUE NOT LATER THAN:
**JUL 15, 2005**

JOB SITE AT _____

The undersigned Employer agrees to be bound by the Trust Agreements creating and controlling the Fringe Benefits listed and make contributions to said Trust Funds as required by the current Labor Agreements providing for said Trusts and further the enclosed contributions are to be credited to the accounts of the above listed employees for the indicated Trusts' purposes.

I CERTIFY THIS INFORMATION IN THIS REPORT IS TRUE AND CORRECT

_____ SIGNATURE
_____ TITLE
_____ TELEPHONE NO.   DATE

WELCOME — THANK YOU FOR SIGNING WITH THE LABORERS UNION.
WE HAVE BEEN DOING BUSINESS IN ALASKA FOR 50 YEARS.

|   |   | HOURS | RATE | AMOUNT | TOTAL |
|---|---|---|---|---|---|
| A | HEALTH | 160.0 | 4.91 | 785.60 | 785.60 |
| B | DEF BENE | 160.0 | 3.00 | 480.00 | 480.00 |
| C | TRAINING | 160.0 | .35 | 56.00 | 56.00 |
| D | 341 ANCH | 3054.40 | 3.00% GROSS WAGE | | 91.64 |
| E | 942 FBKS |  | 3.00% GROSS WAGE | | |
| F | ORGANIZING FUND (WAGE DED) | 160.0 | .05 | 8.00 | 8.00 |
| G |  |  |  |  |  |
| H | LEGAL | 160.0 | .10 | 16.00 | 16.00 |
| I | ALPEC/PENSION (WAGE DED) | 160.0 | .05 | 8.00 | 8.00 |
| J |  |  |  |  |  |
| K |  |  |  |  |  |
| L |  |  |  |  |  |
| M | TOTAL AMOUNT OF REMITTANCE SUM OF A THROUGH L |  |  |  | $ 1445.24 |

MAIL REPORT AND REMITTANCE TO AND MAKE CHECK PAYABLE TO:
ALASKA LABORERS TRUST FUNDS
P O BOX 93870
ANCHORAGE AK 99509

WELCOME — THANK YOU FOR SIGNING WITH THE LABORERS UNION. WE HAVE BEEN DOING BUSINESS IN ALASKA FOR 50

Exhibit 3
Page 4 of 5

ALASKA LABORERS-EMPLOYERS CONSTRUCTION INDUSTRY TRUST FUNDS
C/O WELFARE AND PENSION ADMINISTRATION SERVICE, INC
PO BOX 34203, SEATTLE WA 98124
(206) 441-7574, EXTENSION 3314

PAGE 1 OF 1
☐ CHECK HERE IF NO HOURS WORKED EMPLOYEES THIS MONTH.

**EMPLOYER REMITTANCE REPORT**

SUNSCAPE CONSTRUCTION   23   012   001
PRIVATE JOBS
PO BOX 872108
WASILLA AK 99687

MONTH: MAY  YEAR: 2005   85630

IF THIS REPORT COVERS OTHER THAN PRINTED PERIOD, PLEASE INDICATE

ADMINISTRATION OFFICE

| EMPLOYEE NAME | SOCIAL SECURITY NO. | HOURS | 3% GROSS 341 WAGES | 341 DUES WAGES | 3% GROSS 942 WAGES | 942 DUES WAGES |
|---|---|---|---|---|---|---|
| Matthew T. Frizzell | 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 | 40.0 | 22.91 | 763.60 | | |

PLEASE DESIGNATE EITHER LOCAL 341 OR 942 FOR EACH EMPLOYEE.
PLEASE REFER TO YOUR LABOR AGREEMENT FOR RATE INFORMATION

TOTAL HOURS: 40.0

THIS REPORT DUE NOT LATER THAN:
JUL 15, 2005

JOB SITE AT: _____

The undersigned Employer agrees to be bound by the Trust Agreements creating and controlling the Fringe Benefits listed and make contributions to said Trust Funds as required by the current Labor Agreements providing for said Trusts and further the enclosed contributions are to be credited to the accounts of the above listed employees for the indicated Trusts' purposes.

I CERTIFY THIS INFORMATION IN THIS REPORT IS TRUE AND CORRECT

SIGNATURE _____
TITLE _____
TELEPHONE NO. _____ DATE _____

WELCOME — THANK YOU FOR SIGNING WITH THE LABORERS UNION. WE HAVE BEEN DOING BUSINESS IN ALASKA FOR 50 YEARS.

|   | DESCRIPTION | HOURS | RATE | AMOUNT | TOTAL |
|---|---|---|---|---|---|
| A. | HEALTH | 40.0 | 4.91 | 196.40 | 196.40 |
| B. | DEF BENE | 40.0 | 3.00 | 120.00 | 120.00 |
| C. | TRAINING | 40.0 | .35 | 14.00 | 14.00 |
| D. | 341 ANCH | 763.60 | 3.00% GROSS WAGE | | 22.91 |
| E. | 942 FBKS | | 3.00% GROSS WAGE | | |
| F. | ORGANIZING FUND (WAGE DED) | 40.0 | .05 | 2.00 | 2.00 |
| G. | | | | | |
| H. | LEGAL | 40.0 | .10 | 4.00 | 4.00 |
| I. | ALPEC/PENSION (WAGE DED) | 40.0 | .05 | 2.00 | 2.00 |
| J. | | | | | |
| K. | | | | | |
| L. | | | | | |
| M. | TOTAL AMOUNT OF REMITTANCE SUM OF A THROUGH L | | | $ | |

MAKE CHECKS PAYABLE TO AND MAIL WITH CHECK PAYABLE TO:
ALASKA LABORERS TRUST FUNDS
P O BOX 93870
ANCHORAGE AK 99509

WELCOME-THANK YOU FOR SIGNING WITH THE LABORERS UNION. WE HAVE BEEN DOING BUSINESS IN ALASKA FOR 50 YEARS

361-31

Exhibit 3
Page 5 of 5