Sarah E. Josephson, Esq.
Jermain, Dunnagan & Owens
3000 A St., Suite 300
Anchorage, AK 99503
(907) 563-8844

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF the ALASKA LABORERS HEALTH AND SECURITY, RETIREMENT, TRAINING AND LEGAL SERVICES TRUST FUNDS,<br><br>                      Plaintiffs,<br><br>vs.<br><br>BRIAN A. PETROSS d/b/a SUNSCAPE CONSTRUCTION<br><br>                      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-CV-00016-RRB |

## NOTICE TO COURT

      Plaintiffs, by and through counsel of record, Jermain, Dunnagan & Owens, P.C., hereby gives notice of filing the attached Affidavit of Publication in the above-referenced matter.

\\\

\\\

\\\

{00127147 }
Notice to Court
Case No. 3:06-CV-00016 RRB

Page 1 of 2

DATED this 11th day of July, 2006.

        JERMAIN DUNNAGAN & OWENS, P.C.
        Attorneys for Plaintiffs

By:   Sarah E. Josephson
       Sarah E. Josephson
       Jermain, Dunnagan & Owens
       3000 A Street, Suite 300
       Anchorage, AK  99503
       (907) 563-8844
       (907) 563-7322
       sjosephson@jdolaw.com
       ABA No. 9705017