# ALASKA Journal of Commerce

**Jermain Dunnagan & Owens**
**Notice to Absent Defendant**
**FILE NO: 25000.629**              Petross IO#06-0513
**Ad#: 00051067**

## AFFIDAVIT OF PUBLICATION

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF ALASKA, THIRD DISTRICT BEFORE ME, THE UNDERSIGNED, A NOTARY PUBLIC THIS DAY PERSONALLY APPEARED Lara Sandvik WHO, BEING FIRST DULY SWORN, ACCORDING TO THE LAW, SAYS THAT SHE IS THE Business Manager OF THE ALASKA JOURNAL OF COMMERCE PUBLISHED AT 301 ARTIC SLOPE AVENUE, SUITE 350, IN SAID THIRD DISTRICT AND STATE OF ALASKA AND THAT ADVERTISEMENT, OF WHICH THE ANNEXED IS A TRUE COPY, WHICH WAS PUBLISHED IN SAID PUBLICATION APPEARING ON THE<br><br>**04/30/2006**<br>**30th DAY OF APRIL 2006**<br>AND THERE AFTER FOR **4** CONSECUTIVE WEEK(S) AND THE LAST PUBLICATION APPEARING ON<br><br>**05/21/2006**<br>**21st DAY OF MAY 2006**<br><br>*[signature]*<br>Lara Sandvik<br>Business Manager<br>SUBSCRIBED AND SWORN BEFORE ME THIS 24th DAY OF May 2006<br><br>*[signature]*<br>NOTARY PUBLIC STATE OF ALASKA<br>MY COMMISSION EXPIRES 1/14/09<br>DORA M. HARRELSON<br>NOTARY PUBLIC<br>STATE OF ALASKA<br>My Comm. Exp. 01/14/09 | ATTACH PROOF OF PUBLICATION HERE<br><br>IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA<br><br>STATE OF ALASKA, for the use and benefit of TRUSTEES OF the ALASKA LABORERS HEALTH AND SECURITY, RETIREMENT, TRAINING AND LEGAL SERVICES TRUST FUNDS,<br>Plaintiffs,<br>vs.<br>BRIAN A. PETROSS d/b/a SUNSCAPE CONSTRUCTION<br>Defendant.<br>Case No. 3:06-CV-00016-RRB<br><br>**NOTICE TO ABSENT DEFENDANT**<br><br>TO: Brian Petross d/b/a Sunscape Construction<br>Brian A. Petross d/b/a Sunscape Construction is hereby summoned and required to file with the Court an answer to the Complaint filed in this case. The answer must be filed with the Court at 222 W. 7th Avenue, Room 229, Anchorage, AK 99513, **within thirty (30) days** after the last date of publication of this notice. In addition, a copy of the answer must be sent to Plaintiff's attorney, Sarah E. Josephson, whose address is Jermain, Dunnagan & Owens, 3000 A Street, Suite 300, Anchorage, Alaska, 99503.<br>If Brian A. Petross d/b/a Sunscape Construction fails to file an answer within the required time, a default judgment may be entered against Brian A. Petross d/b/a Sunscape Construction for the relief demanded in the Complaint.<br>This is an action for Collection of unpaid employee benefits. The relief demanded is payment of the principal sum of approximately $3,612.60, plus interest, liquidated damages, costs and attorney's fees. Brian A. Petross d/b/a Sunscape Construction has been made a party to this action because he is responsible for the unpaid employee benefits.<br>CLERK OF COURT<br>By: /s/ Patricia Darnet<br>U.S. District Court<br>Pub: 4/30, 5/7, 14 & 21, 2006<br>IO#06-0513 |