Sarah E. Josephson, Esq.
Jermain, Dunnagan & Owens
3000 A St., Suite 300
Anchorage, AK 99503
(907) 563-8844

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF the ALASKA LABORERS HEALTH AND SECURITY, RETIREMENT, TRAINING AND LEGAL SERVICES TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIAN A. PETROSS d/b/a SUNSCAPE CONSTRUCTION<br><br>Defendant. | Case No. 3:06-CV-00016-RRB |

### DEFAULT JUDGMENT

Brian A. Petross d/b/a Sunscape Construction, Defendant herein, having been served by publication on May 21, 2006, and Defendant having failed to plead or otherwise defend said action, the legal time for pleading or otherwise defending having expired and default of Defendant having been duly entered according to law, upon the application of Plaintiffs, judgment is hereby entered against said Defendant pursuant to the prayer of Plaintiffs' complaint.

THEREFORE, IT IS HEREBY ORDERED that Plaintiffs have judgment against and recover from Defendant Brian A. Petross d/b/a Sunscape Construction on the principal amount of $3,613.09 for unpaid contributions for May, June, and July 2005, liquidated damages in the amount of $338.40, interest at the rate of 10% per annum through June 30, 2006 in the amount of $312.91, attorney's fees in the amount of $_____, plus costs in the amount of $_____, for a total judgment in the amount of $_____. Post-judgment interest shall accrue at the highest allowable interest rate per annum from June 30, 2006, until paid.

LET EXECUTION ISSUE FORTHWITH.

DATED: 7/13/06

RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE