**Alaska Laborers Trust Funds v. Brian A. Petross d/b/a Sunscape Construction**
**3:06-CV-00016-RRB**

## Itemized List of Costs

Fees for Service of Summons and Complaint:
| | |
|---|---|
| North Country Process | $ 45.00 |
| Publication – Alaska Journal of Commerce | $319.60 |
| TOTAL | $364.60 |

Fees and Disbursements for Printing:
| | |
|---|---|
| January 2006 | $1.35 |
| March 2006 | $ .30 |
| April 2006 | $ .30 |
| TOTAL | $1.95 |

Other costs:
| | |
|---|---|
| Accurint computer searches to locate defendant for service | $14.00 |
| Ingens computer search to locate defendant for service | $ 3.00 |
| Westlaw computer research | $75.48 |
| TOTAL | $92.48 |

{00126185 }