Sarah E. Josephson, Esq.
Jermain, Dunnagan & Owens
3000 A St., Suite 300
Anchorage, AK 99503
(907) 563-8844

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES of the ALASKA LABORERS HEALTH AND SECURITY, RETIREMENT, TRAINING AND LEGAL SERVICES TRUST FUNDS,<br><br>      Plaintiffs,<br><br>vs.<br><br>BRIAN A. PETROSS d/b/a SUNSCAPE CONSTRUCTION<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-CV-00016-RRB |

## MOTION FOR ATTORNEY FEES

    COME NOW plaintiffs, Trustees of the Alaska Laborers Health and Security, Retirement, Training and Legal Services Trust Funds, by and through their attorneys of record, Jermain, Dunnagan & Owens, P.C., and pursuant to judgment entered on July 13, 2006, hereby move the Court for an award of attorney fees in the amount of $2,515.50 for the collection of delinquent benefit contributions owing by Brian A. Petross d/b/a Sunscape Construction for work performed during the months of May, June

{00126212 }

and July, 2005.  This motion is supported by the memorandum and affidavit submitted herewith.

DATED at Anchorage, Alaska, this 24th day of July, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for Plaintiffs

By:   S/Sarah E. Josephson
      Sarah E. Josephson
      Jermain, Dunnagan & Owens
      3000 A Street, Suite 300
      Anchorage, AK  99503
      (907) 563-8844
      (907) 563-7322
      sjosephson@jdolaw.com
      ABA No. 9705017