ALASKA LABORERS CONSTRUCTION INDUSTRY  
TRUST FUNDS  
C/O WELFARE AND PENSION ADMINISTRATION SERVICE, INC  
PO BOX 34203, SEATTLE WA 98124  
(206) 441-7574, EXTENSION 3314

PAGE 1 OF 1  
☐ CHECK HERE IF NO COVERED EMPLOYEES THIS MONTH.

**EMPLOYER REMITTANCE REPORT**

SUNSCAPE CONSTRUCTION   23   012   001  
PRIVATE JOBS  
PO BOX 872108  
WASILLA AK 99687

| MONTH | YEAR | |
|---|---|---|
| SEP | 2005 | 95630 |

IF THIS REPORT COVERS OTHER THAN PRINTED PERIOD, PLEASE INDICATE.

**APPRENTICESHIP**

| EMPLOYEE NAME | SOCIAL SECURITY NO | HOURS | 3% GROSS 341 | 3% GROSS 942 | | |
|---|---|---|---|---|---|---|
| FRIZZELL M | 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 | | | | | |

RECEIVED OCT 07 2005 LABOR TRUST SERVICES, INC

*EMPLOYEE NO LONGER WORKING for Company*

PLEASE DESIGNATE EITHER LOCAL 341 OR 942 FOR EACH EMPLOYEE.  
PLEASE REFER TO YOUR LABOR AGREEMENT FOR RATE INFORMATION.

TOTAL HOURS

**THIS REPORT DUE NOT LATER THAN:**  
OCT 15, 2005

JOB SITE AT _____

The undersigned Employer agrees to be bound by the Trust Agreements creating and controlling the Fringe Benefits listed and make contributions to said Trust Funds as required by the current Labor Agreements providing for said Trusts and further, the enclosed contributions are to be credited to the accounts of the above listed employees for the indicated Trusts' purposes.

I CERTIFY THIS INFORMATION IN THIS REPORT IS TRUE AND CORRECT

Kathy Kochendorfer  
SIGNATURE

Payroll Clerk  
TITLE

(907) 376-2191  
TELEPHONE No.

10/4/05  
DATE

| | RATE | AMOUNT DUE | | |
|---|---|---|---|---|
| A. HEALTH | 4.91 | | | |
| B. DEF BENE | 3.00 | | | |
| C. TRAINING | .35 | | | |
| D. 341 ANCH | 3.00% GROSS WAGE | | | |
| E. 942 FBKS | 3.00% GROSS WAGE | | | |
| F. FNW ORGANIZING FUND (WAGE DED) | .05 | | | |
| G. | | | | |
| H. LEGAL | .10 | | | |
| I. ALPEC/PENSION (WAGE DED) | .05 | | | |
| J. | | | | |
| K. | | | | |
| L. | | | | |
| M. | TOTAL AMOUNT OF REMITTANCE SUM OF A THROUGH L | $ | | |

Exhibit 4  
Page 1 of 5

801Z

MAIL REPORT AND REMITTANCE TO AND MAKE CHECK PAYABLE TO  
ALASKA LABORERS TRUST FUNDS  
P O BOX 93870  
ANCHORAGE AK 99509

ALASKA LABORERS-EMPLOYERS CONSTRUCTION INDUSTRY
TRUST FUNDS
C/O WELFARE AND PENSION ADMINISTRATION SERVICE, INC
PO BOX 34203, SEATTLE WA 98124
(206) 441-7574, EXTENSION 3314

PAGE 1 OF 1
CHECK HERE IF NO COVERED EMPLOYEES THIS MONTH.

**EMPLOYER REMITTANCE REPORT**

SUNSCAPE CONSTRUCTION   23  012  001
PRIVATE JOBS
PO BOX 872108
WASILLA AK 99687

WORK PERIOD: AUG 2005
ACCOUNT: 85630

IF THIS REPORT COVERS OTHER THAN PRINTED PERIOD, PLEASE INDICATE.
APPRENTICESHIP

| EMPLOYEE NAME | SOCIAL SECURITY NO. | COMP HRS | WAGES | 3% GROSS 341 | 3% GROSS 942 |
|---|---|---|---|---|---|
| No Employees Paid Union Wages | | | | | |
| Matthew Frizzell — final day worked 7/22/05 | | | | | |

RECEIVED OCT 03 2005 LABOR TRUST SERVICES INC

PLEASE DESIGNATE EITHER LOCAL 341 OR 942 FOR EACH EMPLOYEE.
PLEASE REFER TO YOUR LABOR AGREEMENT FOR RATE INFORMATION

TOTAL HOURS

THIS REPORT DUE NOT LATER THAN:
SEP 15, 2005

JOB SITE AT _____

The undersigned Employer agrees to be bound by the Trust Agreements creating and controlling the Fringe Benefits listed and make contributions to said Trust Funds as required by the current Labor Agreements providing for said Trusts and further, the enclosed contributions are to be credited to the accounts of the above listed employees for the indicated Trusts' purposes.

I CERTIFY THIS INFORMATION IN THIS REPORT IS TRUE AND CORRECT

Kathy [signature]
SIGNATURE
Bookkeeper
TITLE
376-2191   9/15/05
TELEPHONE No.   DATE

501Z

| | NO. EMPLOYEES | RATES | AMOUNT DUE | ADJUSTMENTS | AMOUNT DUE |
|---|---|---|---|---|---|
| A. HEALTH | | 4.91 | | | |
| B. DEF BENE | | 3.00 | | | |
| C. TRAINING | | .35 | | | |
| D. 341 ANCH | | 3.00% GROSS WAGE | | | |
| E. 942 FBKS | | 3.00% GROSS WAGE | | | |
| F. AK ORGANIZING FUND (WAGE DED) | | .05 | | | |
| G. | | | | | |
| H. LEGAL | | .10 | | | |
| I. LALPEC/PENSION (WAGE DED) | | .05 | | | |
| J. | | | | | |
| K. | | | | | |
| L. | | | | | |
| M. | TOTAL AMOUNT OF REMITTANCE SUM OF A THROUGH L | | $ | | |

Exhibit 4
Page 2 of 5

MAIL REPORT AND REMITTANCE TO AND MAKE CHECK PAYABLE TO
ALASKA LABORERS TRUST FUNDS
P O BOX 93870
ANCHORAGE AK

ALASKA LABORERS-EMPLOYEES CONSTRUCTION INDUSTRY TRUST FUNDS
C/O WELFARE AND PENSION ADMINISTRATION SERVICE, INC
PO BOX 34203, SEATTLE, WA 98124
(206) 441-7274, EXTENSION 3316

PAGE 1 OF 1
☐ CHECK HERE IF NO COVERED EMPLOYEES THIS MONTH

**EMPLOYER REMITTANCE REPORT**

SUNSCAPE CONSTRUCTION    23  012  002
PRIVATE JOBS
PO BOX 872108
WASILLA AK 99687

JUL  2005  85630

ADMINISTRATION OFFICE

| Name | SSN | Hours | 341 Gross | 942 Gross |
|---|---|---|---|---|
| Matthew T. Frizzell | 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 | 200.0 | 3818.00 / 114.55 | |

PLEASE DESIGNATE EITHER LOCAL 341 OR 942 FOR EACH EMPLOYEE
PLEASE REFER TO YOUR LABOR AGREEMENT FOR RATE INFORMATION

TOTAL HOURS: 200.0

THIS REPORT DUE NOT LATER THAN:
AUG 25, 2005

JOB SITE AT _____

| | Hours | Rate | Amount | Total |
|---|---|---|---|---|
| A. HEALTH | 200.0 | 4.91 | 982.00 | 982.00 |
| B. DEF BENE | 200.0 | 3.00 | 600.00 | 600.00 |
| C. TRAINING | 200.0 | .35 | 70.00 | 70.00 |
| D. 341 ANNUITY | 3818.00 | | | 114.55 |
| E. 942 SUBS | | | | |
| F. ORGANIZING | | | | |
| G. (MAINTENANCE DED) | 200.0 | .05 | 10.00 | 10.00 |
| H. LEGAL | 200.0 | .10 | 20.00 | 20.00 |
| I. (ALPEC/PENSION CHASE DED) | 200.0 | .05 | 10.00 | 10.00 |

TOTAL AMOUNT OF REMITTANCE
SUM OF A THROUGH L    $ 1806.55

ALASKA LABORERS TRUST FUNDS
P O BOX 93330
ANCHORAGE AK 99509

Exhibit 4
Page 3 of 5

ALASKA LABORERS-EMPLOYERS CONSTRUCTION INDUSTRY TRUST FUNDS
C/O WELFARE AND PENSION ADMINISTRATION SERVICE, INC
PO BOX 34203, SEATTLE WA 98124
(206) 441-7574, EXTENSION 3314

PAGE 1 OF 1
☐ CHECK HERE IF NO HOURS WORKED EMPLOYEES THIS MONTH

EMPLOYER REMITTANCE REPORT

SUNSCAPE CONSTRUCTION   23  012   001
PRIVATE JOBS
PO BOX 872108
WASILLA AK 99687

JUN 2005  85630

ADMINISTRATION OFFICE

| EMPLOYEE NAME | SOCIAL SECURITY NO. | HOURS | 341 GROSS WAGES | 942 GROSS WAGES | | |
|---|---|---|---|---|---|---|
| Matthew T. Frizzell | 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 | 160.00 | 91.64 | 3054.40 | | |

PLEASE DESIGNATE EITHER LOCAL 341 OR 942 FOR EACH EMPLOYEE.
PLEASE REFER TO YOUR LABOR AGREEMENT FOR RATE INFORMATION

TOTAL HOURS  160.00

THIS REPORT DUE NOT LATER THAN: JUL 15, 2005

JOB SITE AT _____

The undersigned Employer agrees to be bound by the Trust Agreements creating and controlling the Fringe Benefits listed and make contributions to said Trust Funds as required by the current Labor Agreements providing for said Trusts and further the enclosed contributions are to be credited to the accounts of the above listed employees for the indicated Trusts' purposes.

I CERTIFY THIS INFORMATION IN THIS REPORT IS TRUE AND CORRECT

_____ SIGNATURE
_____ TITLE
_____ TELEPHONE NO.  DATE

WELCOME — THANK YOU FOR SIGNING WITH THE LABORERS UNION. WE HAVE BEEN DOING BUSINESS IN ALASKA FOR 50 YEARS.

| | | | | | |
|---|---|---|---|---|---|
| A. HEALTH | 160.0 | 4.91 | 785.60 | | 785.60 |
| B. DEF BENE | 160.0 | 3.00 | 480.00 | | 480.00 |
| C. TRAINING | 160.0 | .35 | 56.00 | | 56.00 |
| D. 341 ANCH | 3054.40 | 3.00% GROSS WAGE | | | 91.64 |
| E. 942 FBKS | | 3.00% GROSS WAGE | | | |
| F. UN ORGANIZING FUND (WAGE DED) | 160.0 | .05 | 8.00 | | 8.00 |
| G. | | | | | |
| H. LEGAL | 160.0 | .10 | 16.00 | | 16.00 |
| I. ALPEL/PENSION (WAGE DED) | 160.0 | .05 | 8.00 | | 8.00 |
| J. | | | | | |
| K. | | | | | |
| L. | | | | | |
| M. TOTAL AMOUNT OF REMITTANCE SUM OF A THROUGH L | | | | | $1445.24 |

MAIL REPORT AND REMITTANCE TO AND MAKE CHECK PAYABLE TO:
ALASKA LABORERS TRUST FUNDS
P O BOX 93870
ANCHORAGE AK 99509

WELCOME-THANK YOU FOR SIGNING WITH THE LABORERS UNION. WE HAVE BEEN DOING BUSINESS IN ALASKA FOR 50

Exhibit 4
Page 4 of 5

## ALASKA LABORERS-... EKS CONSTRUCTION INDUSTRY TRUST FUNDS
C/O WELFARE AND PENSION ADMINISTRATION SERVICE, INC
PO BOX 34203, SEATTLE WA 98124
(206) 441-7574, EXTENSION 3914

PAGE 1 OF 1
☐ CHECK H... EMPLOYEES THIS MONTH.

EMPLOYER REMITTANCE REPORT

SUNSCAPE CONSTRUCTION   23  012  001
PRIVATE JOBS
PO BOX 872108
WASILLA AK 99687

MONTH: MAY   YEAR: 2005   85630

IF THIS REPORT COVERS OTHER THAN PRINTED PERIOD, PLEASE INDICATE

ADMINISTRATION OFFICE

| EMPLOYEE NAME | SOCIAL SECURITY NO. | HOURS | RATES | 3% GROSS 341 EMPLOYEE WAGES | 3% GROSS 942 EMPLOYEE WAGES |
|---|---|---|---|---|---|
| Matthew T. Frizzell | 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 | 40.0 | 22.91 | 763.60 | |
| | | | | | |
| | | | | | |
| | | | | | |

PLEASE DESIGNATE EITHER LOCAL 341 OR 942 FOR EACH EMPLOYEE.
PLEASE REFER TO YOUR LABOR AGREEMENT FOR RATE INFORMATION

TOTAL HOURS: 40.0

THIS REPORT DUE NOT LATER THAN:
JUL 15, 2005

JOB SITE AT: _____

The undersigned Employer agrees to be bound by the Trust Agreements creating and controlling the Fringe Benefits listed and make contributions to said Trust Funds as required by the current Labor Agreements providing for said Trusts and further the enclosed contributions are to be credited to the accounts of the above listed employees for the indicated Trusts' purposes.

I CERTIFY THIS INFORMATION IN THIS REPORT IS TRUE AND CORRECT

_____ SIGNATURE
_____ TITLE
_____ TELEPHONE NO. DATE

WELCOME — THANK YOU FOR SIGNING WITH THE LABORERS UNION. WE HAVE BEEN DOING BUSINESS IN ALASKA FOR 50 YEARS.

| | HOURS | RATE | AMOUNT | TOTAL |
|---|---|---|---|---|
| A. HEALTH | 40.0 | 4.91 | 196.40 | 196.40 |
| B. DEF BENE | 40.0 | 3.00 | 120.00 | 120.00 |
| C. TRAINING | 40.0 | .35 | 14.00 | 14.00 |
| D. 341 ANCH | 763.60 | 3.00% GROSS WAGE | | 22.91 |
| E. 942 FBKS | | 3.00% GROSS WAGE | | |
| F. NW ORGANIZING FUND (WAGE DED) | 40.0 | .05 | 2.00 | 2.00 |
| G. | | | | |
| H. LEGAL | 40.0 | .10 | 4.00 | 4.00 |
| I. ALPEC/PENSION (WAGE DED) | 40.0 | .05 | 2.00 | 2.00 |
| J. | | | | |
| K. | | | | |
| L. | | | | |
| M. TOTAL AMOUNT OF REMITTANCE SUM OF A THROUGH L | | | | $ ~~~~~ |

WELCOME-THANK YOU FOR SIGNING WITH THE LABORERS UNION. WE HAVE BEEN DOING BUSINESS IN ALASKA FOR 50 YEARS.

MAIL REMITTANCES TO AND MAKE CHECK PAYABLE TO
ALASKA LABORERS TRUST FUNDS
P O BOX 93870
ANCHORAGE AK 99509

361-31

Exhibit 4
Page 5 of 5