Sarah E. Josephson, Esq.
Jermain, Dunnagan & Owens
3000 A St., Suite 300
Anchorage, AK 99503
(907) 563-8844

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES of the ALASKA LABORERS HEALTH AND SECURITY, RETIREMENT, TRAINING AND LEGAL SERVICES TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIAN A. PETROSS d/b/a SUNSCAPE CONSTRUCTION<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-CV-00016-RRB |

### AFFIDAVIT OF SARAH E. JOSEPHSON

STATE OF ALASKA          )
                                          )ss.
THIRD JUDICIAL DISTRICT )

Sarah E. Josephson, being first duly sworn, deposes and states as follows:

1. I am employed by the firm of Jermain, Dunnagan & Owens, P.C., counsel to plaintiffs, and have knowledge of the facts to which I attest herein.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

{00126324 }

2. Attached hereto as Exhibit 1 are true and correct copies of the billing statements maintained by Jermain, Dunnagan & Owens for this client and this matter.

3. At all times during this litigation, the billing rate of attorneys involved in this matter was $160 - $185 per hour.

4. One paralegal and one law clerk assisted in this action. Their time was billed at an hourly rate of $110 and $85 per hour, respectively.

5. Counsel, paralegal and the law clerk spent 18.3 hours working on collections for contributions owing. Of those, 5.8 hours were spent by a paralegal, 1.8 by a law clerk and attorneys spent 10.7 hours.

6. The rates of other attorneys practicing in the area of ERISA, of whom I am aware, range from $140 - $195 per hour.

7. In prosecuting this cause of action, counsel and paralegals for the plaintiffs were required to perform the following tasks:

(a) investigate background facts, prepare various demands and correspondence;

(b) review records and compute delinquencies;

(c) prepare and file a complaint;

(d) prepare and review spreadsheets of amounts owing based on review of remittance reports;

(e) conduct factual and legal research regarding service on absent defendant and ERISA.

(f) prepare and file a motion for default judgment; and

(g)   prepare and file a motion for attorney's fees.

8.   All of the foregoing activities of counsel and paralegals represent a reasonable effort in the prosecution of this case.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Sarah E. Josephson

SUBSCRIBED AND SWORN to or affirmed before me at Anchorage, Alaska, on this 25 day of July, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 3/22/07

{00126324} Affidavit of Sarah E. Josephson
Case No. 3:06-CV-00016-RRB

Page 3 of 3

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322