**LABORERS COMBINED TRUST**  Invoice# 161448

**SUNSCAPE CONSTRUCTION**
=====================================

| Matter # | 00629 | **LABR** | **Balance Forward** | | | $0.00 |
|---|---|---|---|---|---|---|
| Date | ID | For Professional Services Rendered | | Hrs | Rate | Amount |
| 12/29/2005 | RGS | Review issues from Sarah re: collection; respond and instruct staff. | | 0.50 | 185.00 | $92.50 |
| 12/29/2005 | SEJ | Draft e-mail to Randy re: status; Draft e-mail to Tana re: same; Provide instruction re: finding information on Sunscape Construction and its registered agent; Receipt and review of e-mail from Randy re: same; Begin work on complaint. | | 0.60 | 160.00 | $96.00 |
| | | **TOTAL SERVICES FOR THIS MATTER:** | | | | $188.50 |

| | SEJ | JOSEPHSON, SARAH E. | 0.60 Hrs | 160.00 /Hr | $96.00 |
|---|---|---|---|---|---|
| | RGS | SIMPSON, RANDALL G. | 0.50 Hrs | 185.00 /Hr | $92.50 |

**EXPENSES**

| 12/31/2005 | CERTIFIED MAILING FEE : BRIAN PETROSS | 7.92 |
|---|---|---|
| 12/31/2005 | CERTIFIED MAILING FEE : SUNSCAPE CONSTRUCTION | 7.92 |
| | **TOTAL EXPENSES FOR THIS MATTER:** | $15.84 |
| | **TOTAL FOR THIS MATTER** | $204.34 |

Exhibit 1
Page 1 of 9

**LABORERS COMBINED TRUST**                                          Invoice# 161800

**SUNSCAPE CONSTRUCTION**
==========================================

| Matter # | 00629 | **LABR** | **Balance Forward** | | | $204.34 |
|---|---|---|---|---|---|---|
| Date | ID | For Professional Services Rendered | | Hrs | Rate | Amount |
| 01/04/2006 | SEJ | Review status of file; Telephone Tana re: same. | | 0.20 | 160.00 | $32.00 |
| 01/04/2006 | DTA | Collection status conference w/SEJ; call to Tana Hart. | | 0.20 | 110.00 | $22.00 |
| 01/10/2006 | SEJ | Draft e-mails to Randy re: status of filing complaint; Finalize complaint; Review e-mail from Randy re: same; Provide instruction to staff re: drafting application, entry, and affidavit for default once deadline to answer has passed. | | 0.40 | 160.00 | $64.00 |
| 01/17/2006 | SEJ | Receipt of complaint sent certified mail marked unclaimed; Provide instruction re: additional efforts at service; Draft e-mail to Tana re: best address to locate owner; Review e-mail from Tana re: same. | | 0.20 | 160.00 | $32.00 |
| 01/25/2006 | SEJ | Receipt and review of e-mails from federal court re: status of complaint and summons; Draft e-mail to staff re: status of service; Review e-mail from staff re: same. | | 0.20 | 160.00 | $32.00 |
| 01/30/2006 | SEJ | Analysis with staff re: difficulties service processor is having; Draft e-mail to Tana re: same. | | 0.20 | 160.00 | $32.00 |
| 01/31/2006 | SEJ | Receipt of e-mails from Tana re: status; Draft e-mails in response. | | 0.20 | 160.00 | $32.00 |

**TOTAL SERVICES FOR THIS MATTER:** $246.00

| | DTA | ANDREWS, DAWN T. | 0.20 Hrs | 110.00 /Hr | $22.00 |
|---|---|---|---|---|---|
| | SEJ | JOSEPHSON, SARAH E. | 1.40 Hrs | 160.00 /Hr | $224.00 |

**EXPENSES**

| 01/13/2006 | FILING FEE(S) : CLERK OF COURT | 250.00 |
|---|---|---|
| 01/18/2006 | MESSENGER FEE(S) | 5.00 |
| 01/31/2006 | PHOTOCOPIES | 1.35 |

**TOTAL EXPENSES FOR THIS MATTER:** $256.35

**TOTAL FOR THIS MATTER** $706.69

Exhibit _1_
Page _2_ of _9_

**LABORERS COMBINED TRUST**  Invoice# 162174

**SUNSCAPE CONSTRUCTION**
========================================

| Matter # | 00629 | **LABR** | **Balance Forward** | | | $502.35 |
|---|---|---|---|---|---|---|
| Date | ID | For Professional Services Rendered | | Hrs | Rate | Amount |
| 02/07/2006 | SEJ | Provide instruction re: following up with process server as to status of service; Receipt and review of e-mail from Tana re: same. | | 0.10 | 160.00 | $16.00 |
| 02/14/2006 | SEJ | Provide instruction re: service or arranging for publication. | | 0.10 | 160.00 | $16.00 |
| 02/14/2006 | DTA | Collection status conference w/SEJ. | | 0.10 | 110.00 | $11.00 |
| 02/21/2006 | DTA | Ingens/Accurint search for Brian Petross. | | 0.30 | 110.00 | $33.00 |
| 02/22/2006 | SEJ | Review Rule 4 re: service of process; Review and revise Motion to Serve Complaint By Publication, Affidavit of Inquiry, Notice to Absent Defendant; and Order. | | 0.60 | 160.00 | $96.00 |

**TOTAL SERVICES FOR THIS MATTER:**  $172.00

| | DTA | ANDREWS, DAWN T. | 0.40 Hrs | 110.00 /Hr | $44.00 |
|---|---|---|---|---|---|
| | SEJ | JOSEPHSON, SARAH E. | 0.80 Hrs | 160.00 /Hr | $128.00 |

**EXPENSES**

| 02/28/2006 | ACCURINT COMPUTER SEARCH (CAPITAL ONE) | 1.60 |
|---|---|---|
| 02/28/2006 | INGENS COMPUTER SEARCH (CAPITAL ONE) | 3.00 |
| 02/28/2006 | LONG DISTANCE PHONE CHARGE(S) | 0.59 |

**TOTAL EXPENSES FOR THIS MATTER:**  $5.19

**TOTAL FOR THIS MATTER**  $679.54

Exhibit 1
Page 3 of 9

**LABORERS COMBINED TRUST**                                **Invoice# 162541**

**SUNSCAPE CONSTRUCTION**
========================================

| Matter # | 00629 | **LABR** | **Balance Forward** | | $177.19 |
|---|---|---|---|---|---|
| Date | ID | For Professional Services Rendered | Hrs | Rate | Amount |
| 03/02/2006 | DTA | Review Return of Service from North Country Process re: service of summons and complaint; review email from Tana Hart. | 0.10 | 110.00 | $11.00 |
| 03/05/2006 | SEJ | Receipt and review of e-mail from Tana re: status of employer's whereabouts; Draft e-mail to staff providing instruction to follow-up on same. | 0.10 | 160.00 | $16.00 |
| 03/08/2006 | SEJ | Receipt and review of e-mail from Tana re: status of complaint; File review re: same. | 0.20 | 160.00 | $32.00 |
| 03/08/2006 | DTA | Email from Tana Hart. | 0.10 | 110.00 | $11.00 |
| 03/09/2006 | SEJ | Review e-mail from Dawn re: status of service | 0.10 | 160.00 | $16.00 |
| 03/09/2006 | DTA | Conference w/SEJ. | 0.10 | 110.00 | $11.00 |
| 03/09/2006 | DTA | Ingens/Accurint search to locate Brian Petross for service of summons and complaint; submit FOI to Wasilla and Anchorage Postmasters; email to Tana Hart. | 0.70 | 110.00 | $77.00 |
| 03/14/2006 | DTA | Review FOI response from Anchorage Postmaster. | 0.10 | 110.00 | $11.00 |
| 03/17/2006 | SEJ | Receipt and review of e-mail from paralegal re: status of service; Provide instruction re: same. | 0.10 | 160.00 | $16.00 |
| 03/17/2006 | DTA | Review FOI response from Wasilla Postmaster; confer w/SEJ re: service via publication. | 0.30 | 110.00 | $33.00 |
| 03/20/2006 | DTA | Revise motion to serve complaint by publication. | 0.70 | 110.00 | $77.00 |
| 03/21/2006 | SEJ | Review and revise Motion to Serve Complaint by Publication; Review federal rules re: same. | 0.40 | 160.00 | $64.00 |
| 03/21/2006 | DTA | Conference w/SEJ. | 0.10 | 110.00 | $11.00 |
| 03/24/2006 | SEJ | Review federal rules re: issue of service by publication; Review small claims rules re: same; Draft e-mail to Tana re: status. | 0.30 | 160.00 | $48.00 |
| 03/28/2006 | SEJ | Receipt of message from Tana re: Sunscape; Provide instruction re: same. | 0.10 | 160.00 | $16.00 |
| 03/28/2006 | JWR | Reviewed emails and file. Researched federal rules. | 0.30 | 85.00 | $25.50 |
| 03/29/2006 | JWR | Discussed with Sarah. Reviewed emails, file, federal rules. Drafted memo. Discussed with Sarah. | 0.60 | 85.00 | $51.00 |

**TOTAL SERVICES FOR THIS MATTER:**                                                     **$526.50**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DTA | ANDREWS, DAWN T. | 2.20 | Hrs | 110.00 | /Hr | $242.00 |
| SEJ | JOSEPHSON, SARAH E. | 1.30 | Hrs | 160.00 | /Hr | $208.00 |
| JWR | ROBERTS, JUSTIN W. | 0.90 | Hrs | 85.00 | /Hr | $76.50 |

**EXPENSES**

| 03/01/2006 | SERVICE FEE(S) : NORTH COUNTRY PROCESS, INC. | 45.00 |
|---|---|---|
| 03/31/2006 | ACCURINT COMPUTER SEARCH (CAPITAL ONE) | 12.40 |
| 03/31/2006 | PHOTOCOPIES | 0.30 |

**TOTAL EXPENSES FOR THIS MATTER:**                                                     **$57.70**

Exhibit 1
Page 4 of 9

**LABORERS COMBINED TRUST**                                                **Invoice# 162541**

                **TOTAL FOR THIS MATTER**                                                **$761.39**

Exhibit 1
Page 5 of 9

**LABORERS COMBINED TRUST**                                           **Invoice# 162890**

**SUNSCAPE CONSTRUCTION**
========================================

| Matter # | 00629 | **LABR** | **Balance Forward** | | | $584.20 |
|---|---|---|---|---|---|---|
| Date | ID | For Professional Services Rendered | | Hrs | Rate | Amount |
| 04/03/2006 | JWR | Researched case law on service by publication. Revised memo to Sarah. Talked to Sarah. | | 0.90 | 85.00 | $76.50 |
| 04/05/2006 | SEJ | Finalize Motion to Serve Complaint by Publication, Order for Service by Publication, Notice to Absent Defendant, and Affidavit of Diligent Inquiry. | | 0.40 | 160.00 | $64.00 |
| 04/11/2006 | SEJ | Receipt and review of order from court; Provide instruction to paralegal re: same. | | 0.10 | 160.00 | $16.00 |
| 04/12/2006 | SEJ | Receipt of signed paperwork from court; Provide instruction re: publishing notice. | | 0.10 | 160.00 | $16.00 |
| 04/14/2006 | DTA | Letter to Alaska Journal of Commerce transmitting Notice to Absent Defendant for publication. | | 0.20 | 110.00 | $22.00 |
| 04/24/2006 | SEJ | Draft e-mail to staff re: follow-up on service; Provide instruction re: calendaring upcoming deadlines. | | 0.10 | 160.00 | $16.00 |
| 04/27/2006 | DTA | Status conference w/SEJ. | | 0.10 | 110.00 | $11.00 |

**TOTAL SERVICES FOR THIS MATTER:**                                                 $221.50

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DTA | ANDREWS, DAWN T. | 0.30 | Hrs | 110.00 | /Hr | $33.00 | |
| SEJ | JOSEPHSON, SARAH E. | 0.70 | Hrs | 160.00 | /Hr | $112.00 | |
| JWR | ROBERTS, JUSTIN W. | 0.90 | Hrs | 85.00 | /Hr | $76.50 | |

**EXPENSES**

04/30/2006    PHOTOCOPIES                                                             0.30

**TOTAL EXPENSES FOR THIS MATTER:**                                              $0.30

**TOTAL FOR THIS MATTER**                                                          $806.00

Exhibit 1
Page 6 of 9

**LABORERS COMBINED TRUST**                                         Invoice# 163247

**SUNSCAPE CONSTRUCTION**
======================================

| Matter # | 00629 | **LABR** | **Balance Forward** | | | $221.80 |
|---|---|---|---|---|---|---|
| Date | ID | For Professional Services Rendered | | Hrs | Rate | Amount |
| 05/12/2006 | SEJ | File status review and update re: service by publication. | | 0.10 | 160.00 | $16.00 |
| 05/12/2006 | DTA | Collection status conference w/SEJ. | | 0.10 | 110.00 | $11.00 |
| | | **TOTAL SERVICES FOR THIS MATTER:** | | | | **$27.00** |

| | DTA | ANDREWS, DAWN T. | 0.10 Hrs | 110.00 /Hr | $11.00 |
|---|---|---|---|---|---|
| | SEJ | JOSEPHSON, SARAH E. | 0.10 Hrs | 160.00 /Hr | $16.00 |

**EXPENSES**

| 04/30/2006 | WESTLAW COMPUTER SEARCH | 75.48 |
|---|---|---|
| | **TOTAL EXPENSES FOR THIS MATTER:** | **$75.48** |
| | **TOTAL FOR THIS MATTER** | **$324.28** |

Exhibit 1
Page 7 of 9

**LABORERS COMBINED TRUST**　　　　　　　　　　　　　　　　　　　　　　　Invoice# 163605

**SUNSCAPE CONSTRUCTION**
==================================

| Date | ID | For Professional Services Rendered | Hrs | Rate | Amount |
|---|---|---|---|---|---|
| Matter # 00629 | | **LABR** | **Balance Forward** | | **$102.48** |
| 06/24/2000 | SEJ | Draft e-mail to Dawn re: finalizing numbers for default judgment and attorneys fees motion. | 0.10 | 160.00 | $16.00 |
| 06/01/2006 | SEJ | Review paperwork re: service having been completed; Dictate application, entry and affidavit in support of default; Provide instruction re: calculating amounts owing. | 0.70 | 160.00 | $112.00 |
| 06/12/2006 | SEJ | File review and update; Provide instruction re: moving for default judgment in addition to entry of default and updating numbers for same; Begin dictation of pleadings. | 0.50 | 160.00 | $80.00 |
| 06/12/2006 | DTA | Collection status conference w/SEJ. | 0.10 | 110.00 | $11.00 |
| 06/14/2006 | SEJ | Continued work on finalizing default judgment. | 0.70 | 160.00 | $112.00 |
| 06/15/2006 | SEJ | Review and revisions to pleadings; Provide instruction to staff to update numbers; Begin work on Motion for Attorney's Fees; Provide instruction re: cost bill. | 0.70 | 160.00 | $112.00 |
| 06/18/2006 | SEJ | Dictate Motion, Order, Affidavit and Memorandum in Support of Motion for Attorney Fees; Draft e-mail to staff re: exhibits to attach to same. | 1.20 | 160.00 | $192.00 |
| 06/20/2006 | DTA | Create spreadsheet of contributions owing, interest and liquidated damages; prepare cost bill; revise motion for entry of default judgment; draft proposed default judgment. | 1.80 | 110.00 | $198.00 |
| 06/21/2006 | SEJ | Continued review of Affidavit of Tana Hart, Motion, Memorandum and Order; Review Cost bill; Provide instruction re: getting cost bill hearing set; Review costs permitted; Review e-mail from Tana and spreadsheet; Provide instruction re: confirming language as to calculation of liquidated damages and interest changing after litigation has commenced; Review e-mail from Tana re: interest rate calculation; Draft e-mail in response. | 0.80 | 160.00 | $128.00 |
| 06/21/2006 | DTA | Email from/to Tana Hart. | 0.10 | 110.00 | $11.00 |
| 06/22/2006 | SEJ | Receipt and review of e-mail from staff re: status of finalizing affidavit of Tana; Draft response re: same; Draft e-mail to Tana re: calculation of interest. | 0.20 | 160.00 | $32.00 |
| 06/28/2006 | SEJ | Receipt and review of revised spreadsheet from Sunscape. | 0.10 | 160.00 | $16.00 |
| 06/28/2006 | DTA | Revise spreadsheet and default package; emails to/from Tana Hart. | 0.60 | 110.00 | $66.00 |
| 06/29/2006 | SEJ | Finalize Motion for Default Judgment, Memorandum, and Judgment; Provide instruction re: exhibits. | 0.30 | 160.00 | $48.00 |
| | | **TOTAL SERVICES FOR THIS MATTER:** | | | **$1,134.00** |

| | | | | | | |
|---|---|---|---|---|---|---|
| DTA | ANDREWS, DAWN T. | 2.60 Hrs | 110.00 | /Hr | $286.00 |
| SEJ | JOSEPHSON, SARAH E. | 5.30 Hrs | 160.00 | /Hr | $848.00 |

**EXPENSES**

| | | | |
|---|---|---|---|
| 05/24/2006 | ALASKA JOURNAL OF COMMERCE | | 319.60 |

Exhibit 1
Page 8 of 9

LABORERS COMBINED TRUST                                               Invoice# 163605

06/30/2006    PHOTOCOPIES                                                          2.10

          **TOTAL EXPENSES FOR THIS MATTER:**                               $321.70

          **TOTAL FOR THIS MATTER**                                      $1,558.18

Exhibit 1
Page 9 of 9