Sarah E. Josephson, Esq.
Jermain, Dunnagan & Owens
3000 A St., Suite 300
Anchorage, AK 99503
(907) 563-8844

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES of the ALASKA LABORERS HEALTH AND SECURITY, RETIREMENT, TRAINING AND LEGAL SERVICES TRUST FUNDS,<br><br>              Plaintiffs,<br><br>vs.<br><br>BRIAN A. PETROSS d/b/a SUNSCAPE CONSTRUCTION<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-CV-00016-RRB |

### ORDER GRANTING ATTORNEY FEES

Plaintiffs, Trustees of the Alaska Laborers Health and Security, Retirement Training and Legal Services Trust Funds, having moved for an award of attorney fees, and this Court having considered Plaintiffs' motion and any opposition thereto,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Attorney Fees is GRANTED. Plaintiffs, Trustees of the Alaska Laborers Health and Security, Retirement, Training and Legal Services Trust Funds, are awarded attorney fees in the amount of

{00126310 }

$2,515.50 for the collection of delinquent contributions owing by Brian A. Petross d/b/a Sunscape Construction for work performed by laborers for the months of May, June and July, 2005. The Clerk of Court is instructed to insert the award of attorney fees in the amount of $_____ on the judgment entered at Docket #9.

DATED: July 27, 2006

Hon. Ralph R. Beistline
U.S. District Court Judge