Sarah E. Josephson, Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone:  (907) 563-8844
Facsimile:   (907) 563-7322

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE ALASKA LABORERES HEALTH AND SECURITY, RETIREMENT, TRAINING AND LEGAL SERVICES TRUST FUNDS<br><br>     Plaintiffs,<br><br>  vs.<br><br>BRIAN A. PETROSS d/b/a SUNSCAPE CONSTRUCTION,<br><br>     Defendants. | Case No. 3:06-CV-00016-RRB<br><br>**NOTICE OF LEVY BY A COURT WRIT** |

TO: Department of Revenue
   Permanent Fund Division
   1016 W. 6th Avenue, Suite 100
   Anchorage, AK  99501

  YOU ARE HEREBY NOTIFIED that all permanent fund dividend monies in your possession or under your control belonging to: Brian A. Petross, SSN: ▮▮▮▮▮▮ DOB: ▮▮▮▮▮ P.O. Box 872108, Wasilla, Alaska 99687-2108, not exceeding the sum of **$7,630.05** is hereby levied upon by the attached Writ of Execution.  Do not release said money to anyone other than the U.S. Marshal.  You must complete the attached Response to Levy and return it to the U.S. Marshal's office within 24 hours pursuant to AS 09.40.060.

Date: August _____, 2006                                   RANDY M. JOHNSON
                                                            United States Marshal
                                                            District of Alaska

Amount of Writ:    $7,630.05                                222 West 7th Avenue #28
Service Fee:       $   47.00                                Anchorage, Alaska 99513
Interest:          $    1.09 per day                        (907) 271-5154
Total Due:         $_____

                                                            By: _____
                                                                  Deputy U.S. Marshal

### RESPONSE TO LEVY

To United States Marshal:

You are notified that _____ ( ) does ( ) does not have money, personal property, credits, or debts belonging to Brian A. Petross, in the amount of $ _____, of which $ _____ is being released to you. There is no other property of any kind belonging to judgment debtor in our possession or under our control.

DATE: _____          SIGNATURE: _____
                                  (Type or Print Name) _____
                                             TITLE: _____

**Make checks payable to:**
**"CLERK OF COURT'**
**Note Case Number on the checks.**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**Mail "Response to Levy" & check to:**
**U.S. Marshals Service**
**222 W. 7th Ave., #28**
**Anchorage, AK 99513**