IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

STATE OF ALASKA, for the use and benefit of
TRUSTEES OF THE ALASKA LABORERES HEALTH
AND SECURITY, RETIREMENT, TRAINING AND
LEGAL SERVICES TRUST FUNDS,

                Plaintiffs,

    vs.

BRIAN A. PETROSS d/b/a SUNSCAPE CONSTRUCTION

                Defendants.

Case No. 3:06-CV-00016-RRB

**AFFIDAVIT AND REQUEST
FOR ISSUANCE OF WRIT OF EXECUTION**

STATE OF ALASKA             )
                          )SS.
THIRD JUDICIAL DISTRICT    )

I, _____Sarah E. Josephson_____hereby states under oath:

1. Judgment for $___4,444.40_____ was entered on
July 13, 2006_____in the docket of the
above - entitled court action, in favor of the
TRUSTEES OF THE ALASKA LABORERS HEALTH AND SECURITY, RETIREMENT,
TRAINING AND LEGAL SERVICES TRUST FUNDS as Judgment Creditor and against
BRIAN A. PETROSS d/b/a SUNSCAPE CONSTRUCTION, as Judgment Debtor.

    (IF A REGISTERED JUDGMENT:)
    Said judgment was registered herein under Title 28,
    U.S. Code, Section 1963, being a judgment which was
    obtained in

    Civil Case No. _____ in the U.S. District Court

    for the District of _____, and which has become FINAL.

2. I am the attorney for said Judgment Creditor TRUSTEES OF THE ALASKA LABORERS
HEALTH AND SECURITY, RETIREMENT, TRAINING AND LEGAL SERVICES TRUST
FUNDS and request issuance of a Writ of Execution on the judgment.

3. The Judgment Debtor _____was not_____ represented by Counsel.
                  was/was NOT

4. The Judgment entered _____was_____ a Default Judgment.
                  was/was NOT

5. ACCRUED since the entry of judgment are the following
sums:

    $ 2,515.50_____ attorney fees inserted on final judgment.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

$ 53.60 _____ accrued interest, computed at _____ 5.27 _____ %
(Judgments registered under 28 U.S.C. 1963 bear the
rate of interest of the District of origin).

$ 616.55 _____ accrued costs inserted on final judgment.

6.    CREDIT must be given for payments and partial satisfaction in the total amount of:

$_____ which is to be first credited against the total accrued interest and accrued
costs, with any excess credited against the judgment as entered, leaving a net balance of:

$ 7,630.05 ACTUALLY DUE as of August 18, 2006, to the TRUSTEES OF THE ALASKA
LABORERS HEALTH AND SECURITY, RETIREMENT, TRAINING AND LEGAL
SERVICES TRUST FUNDS.  Of this total, $7,576.45 is the amount of the original judgment as
entered still remaining due and bearing interest at 5.27 % in the amount of $1.09 per day from
June 30, 2006, forward.

Dated: 8/16/06

By: _____
Sarah E. Josephson
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK  99503
(907) 563-8844
(907) 563-7322
sjosephson@jdolaw.com
ABA No. 9705017

SUBSCRIBED and sworn to before me this
_16th_ day of August, 2006.

_____
Notary Public in and for Alaska
My commission expires _5/20/07_



LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322