Sarah E. Josephson, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 'A' Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE ALASKA LABORERES HEALTH AND SECURITY, RETIREMENT, TRAINING AND LEGAL SERVICES TRUST FUNDS<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>BRIAN A. PETROSS d/b/a SUNSCAPE CONSTRUCTION,<br><br>　　　　　Defendants. | Case No. 3:06-CV-00016-RRB<br><br>**CREDITOR'S AFFIDAVIT** |

STATE OF ALASKA　　　　　　)
　　　　　　　　　　　　　　) ss.
THIRD JUDICIAL DISTRICT　　 )



I, Sarah E. Josephson, attorney for the plaintiffs in the above-captioned action, upon oath or affirmation and under penalty of perjury, state as follows:

1.　　This law firm obtained a judgment against Brian A. Petross d/b/a Sunscape Construction, in the total amount of $7,576.45.

2.　　I will attempt to satisfy the judgment by levying against the following property, which I believe is not exempt and is <u>not</u> property of a type subject to value limitations under AS 09.38.010, *et seq.*:

{00128948 }

The permanent fund dividend money of Brian A. Petross
P.O. Box 872108, Wasilla, Alaska 99687-2108
SSN: 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; DOB: 4/12/76

The bank account(s) of Brian A. Petross d/b/a Sunscape Construction.

DATED at Anchorage, Alaska, this 16th day of August, 2006.

By: _____
Sarah E. Josephson
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503
(907) 563-8844
(907) 563-7322
sjosephson@jdolaw.com
ABA No. 9705017

SUBSCRIBED and SWORN to before me this 16th day of August, 2006, at Anchorage, Alaska.

_____
Notary Public in and for the State of Alaska
My commission expires: 3/20/07

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

{00128948 } Creditor's Affidavit
Case No. 3:06-CV-00016-RRB

Page 2