IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

STATE OF ALASKA, for the use and benefit of
TRUSTEES OF THE ALASKA LABORERES HEALTH AND
SECURITY, RETIREMENT, TRAINING AND LEGAL
SERVICES TRUST FUNDS,

                Plaintiffs,

vs.

BRIAN A. PETROSS d/b/a SUNSCAPE CONSTRUCTION

                Defendants.

Case No. 3:06-CV-00016-RRB

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On _____July 13, 2006_____ a judgment was entered in the docket of the above-entitled court action, in favor of

<u>TRUSTEES OF THE ALASKA LABORERS HEALTH AND SECURITY, RETIREMENT, TRAINING AND LEGAL SERVICES TRUST FUNDS</u> as Judgment Creditor and against <u>BRIAN A. PETROSS d/b/a SUNSCAPE CONSTRUCTION</u>, as Judgment Debtor.

$_____4,444.40_____ principal,

$_____2,515.50_____ attorney fees,

$_____ interest, and

$_____616.55_____ costs, making a total amount of

$_____7,576.45_____ JUDGMENT AS ENTERED

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

$_____53.60_____ accrued interest, and

$_____ accrued costs, making a total of

$_____7,630.05_____ JUDGMENT AS ENTERED

CREDIT must be given for payments and partial satisfactions in the
the amount of:

$_____ which is to be first credited against the
total accrued costs and accrued interest, with any excess credited
against the judgment as entered, leaving a net balance of

$_____7,630.05_____ ACTUALLY DUE ON August 18, 2006, to the TRUSTEES OF THE ALASKA LABORERS HEALTH AND SECURITY, RETIREMENT, TRAINING AND LEGAL SERVICES TRUST FUNDS, the date of the request for issuance of this writ, of which

$_____7,630.05_____ is due on the judgment as entered,
and bears an interest rate at  5.27 % per annum in the amount of

$_____1.09_____ PER DAY, from the date of the request for issuance
of this writ, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA,
you are hereby commanded to levy upon and seize and take into execution the personal property of the said debtor in your district, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs, and make sale thereof according to law; and if sufficient personal property cannot be found, then you are further commanded to make the amount of said judgment, interest, and increased costs out of his real property.
HEREIN FAIL NOT, and have you then and there this writ.

DATED _____                    MICHAEL HALL, CLERK


[SEAL]                                        BY: _____
                                                   Deputy Clerk