Sarah E. Josephson, Esq.
Jermain, Dunnagan & Owens
3000 A St., Suite 300
Anchorage, AK 99503
(907) 563-8844

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of ) <br> TRUSTEES OF the ALASKA ) <br> LABORERS HEALTH AND SECURITY, ) <br> RETIREMENT, TRAINING AND ) <br> LEGAL SERVICES TRUST FUNDS, ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> BRIAN A. PETROSS d/b/a ) <br> SUNSCAPE CONSTRUCTION ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:06-CV-00016-RRB |

## MOTION TO RELEASE FUNDS

Come now Plaintiffs, Trustees of the Alaska Laborers Health and Security, Retirement, Training and Legal Services Trust Funds, by and through their attorneys, Jermain, Dunnagan & Owens, P.C., and hereby move this Court for an order releasing monies obtained through the U.S. Marshal's Return on the Writ of Execution. By Return of Writ executed, the U.S. Marshal certified that the amount of $1,104.96 was made payable to the United States Marshal.

Debtor's Alaska Permanent Fund Dividend is exempt to the extent allowed under AS 09.38.015(a)(9) and AS 43.23.065. Therefore, plaintiffs request an Order of the Court releasing

this money payable to Jermain, Dunnagan & Owens, in Trust for Plaintiffs, Trustees of the Alaska Laborers Health and Security, Retirement, Training and Legal Services Trust Funds.

DATED in Anchorage, Alaska this 6th day of December, 2006

        JERMAIN DUNNAGAN & OWENS, P.C.
        Attorneys for Plaintiffs

By:     /s/Sarah E. Josephson
       Sarah E. Josephson
       Jermain, Dunnagan & Owens
       3000 A Street, Suite 300
       Anchorage, AK  99503
       (907) 563-8844
       (907) 563-7322
       sjosephson@jdolaw.com
       ABA No. 9705017