# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Trustees of the Alaska Laborers Health & Security Trust Funds | 3:06-CV-00016-RRB |
| DEFENDANT | TYPE OF PROCESS |
| Brian A. Petross d/b/a Sunscape Construction | Writ of Execution |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Northrim Bank

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

3111 C Street    Anchorage, AK 99503

RECEIVED
JAN 0 3 2007
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dawn Andrews, Paralegal
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve writ of execution, notice of levy and response to levy

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: 563-8844    DATE: 12/6/06

Signature: Dawn Andrews

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date 12/13/06 |
|---|---|---|---|---|---|
| | 1 | | | | |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Fiona Johnson  Branch Mgr

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 12/18/06   Time: 1:00 pm

Signature of U.S. Marshal or Deputy: FJ Musk

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45 x | $0.00 | | $14.11 | | |

REMARKS:
45 x 3 = $135
16 miles $7.11
No funds

**PRIOR EDITIONS MAY BE USED**    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

Sarah E. Josephson, Esq.
Jermain, Dunnagan & Owens
3000 A St., Suite 300
Anchorage, AK 99503
(907) 563-8844

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF the ALASKA LABORERS HEALTH AND SECURITY, RETIREMENT, TRAINING AND LEGAL SERVICES TRUST FUNDS,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>BRIAN A. PETROSS d/b/a SUNSCAPE CONSTRUCTION<br><br>　　　　　　　　　　Defendant. | DEC 18 2006<br>RECEIVED<br>1:05 pm<br><br>Case No. 3:06-CV-00016-RRB |

## NOTICE OF LEVY BY A COURT WRIT

TO:   Northrim Bank
      3111 C Street
      Anchorage, AK 99503

YOU ARE HEREBY NOTIFIED that all money, stocks, bonds, personal property, credits and debts due or owing in your possession or under your control belonging to Brian A. Petross and/or Brian A. Petross d/b/a Sunscape Construction, SSN:             DOB             not exceeding the sum of $7,630.05 are hereby levied upon by the attached Writ of Execution. Do not release said money, stocks, bonds, personal property, credits and debts to anyone other than U.S. Marshal. You must complete the attached Response to Levy and return it to the U.S. Marshals office within 24 hours pursuant to AS 09.40.060.

{00141331 }

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Date: _____

RECEIVED
U.S. MARSHAL SERVICE
ALASKA

2006 DEC 26 PM 12: 17

Amount of Writ:   $7,630.05
Service Fee:      $   47.00
Interest:         $    1.09/day
Total Due:        $_____

RANDY M. JOHNSON
United States Marshal
District of Alaska
222 West 7th Avenue #28
Anchorage, Alaska 99513
(907) 271-5154

By: _____
    Deputy U.S. Marshal

### RESPONSE TO LEVY

To United States Marshal:

You are notified that Northrim Bank ( ) does (✓) does not have money, personal property, credits, or debts belonging to Brian A. Petross and/or Brian A. Petross d/b/a Sunscape Construction, SSN: _____, DOB _____ in the amount of $_____ of which $_____ is being released to you. There is no other property of any kind belonging to judgment debtor in our possession or under our control.

DATE: 12-18-06          SIGNATURE: _____
                        (Type or Print Name) CATO BOAS
                        TITLE: IP- Specialist

> **Make checks payable to:**
> **"CLERK OF COURT"**
> Note Case Number on the checks.
> ****************************************
> **Mail "Response to Levy" & check to:**
> **U.S. Marshals Service**
> **222 W. 7th Ave., #28**
> **Anchorage, AK 99513**

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322