# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Trustees of the Alaska Laborers Health & Security Trust Funds | 3:06-CV-00016-RRB |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Brian A. Petross d/b/a Sunscape Construction | Writ of Execution |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
First National Bank Alaska

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
646 W. 4th Avenue    Anchorage, AK 99501

RECEIVED
JAN 0 3 2007
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dawn Andrews, Paralegal
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                                Fold

Please serve writ of execution, notice of levy and response to levy

Signature of Attorney or other Originator requesting service on behalf of:    /s/ Dawn Andrews    ☒ PLAINTIFF    ☐ DEFENDANT    TELEPHONE NUMBER: 563-8844    DATE: 12/6/06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 6 | No. 6 | /s/ | 12/13/06 |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Kim Frensley Branch Mgr.

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 12/18/06    Time: 1240 pm

Signature of U.S. Marshal or Deputy: /s/ F.J. Meek

2 of 3

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45 | | | 45 | | | |

**REMARKS:**

No funds

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |

Sarah E. Josephson, Esq.
Jermain, Dunnagan & Owens
3000 A St., Suite 300
Anchorage, AK 99503
(907) 563-8844

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF the ALASKA LABORERS HEALTH AND SECURITY, RETIREMENT, TRAINING AND LEGAL SERVICES TRUST FUNDS,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>BRIAN A. PETROSS d/b/a SUNSCAPE CONSTRUCTION<br><br>　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-CV-00016-RRB |

### NOTICE OF LEVY BY A COURT WRIT

TO:   First National Bank Alaska
　　　646 W. 4th Avenue
　　　Anchorage, AK 99501

YOU ARE HEREBY NOTIFIED that all money, stocks, bonds, personal property, credits and debts due or owing in your possession or under your control belonging to Brian A. Petross and/or Brian A. Petross d/b/a Sunscape Construction, SSN:           DOB           not exceeding the sum of $7,630.05 are hereby levied upon by the attached Writ of Execution. Do not release said money, stocks, bonds, personal property, credits and debts to anyone other than U.S. Marshal. You must complete the attached Response to Levy and return it to the U.S. Marshals office within 24 hours pursuant to AS 09.40.060.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

RECEIVED
U.S. MARSHAL SERVICE
ALASKA

2006 DEC 26 PM 12:16

Date: _____

|  |  | RANDY M. JOHNSON |
|---|---|---|
|  |  | United States Marshal |
|  |  | District of Alaska |
| Amount of Writ: | $7,630.05 | 222 West 7th Avenue #28 |
| Service Fee: | $ 47.00 | Anchorage, Alaska 99513 |
| Interest: | $ 1.09/day | (907) 271-5154 |
| Total Due: | $ |  |

By: _____
Deputy U.S. Marshal

### RESPONSE TO LEVY

To United States Marshal:

You are notified that First National Bank Alaska ( ) does (X) does not have money, personal property, credits, or debts belonging to Brian A. Petross and/or Brian A. Petross d/b/a Sunscape Construction, SSN: _____, DOB _____ in the amount of $_____ of which $_____ is being released to you. There is no other property of any kind belonging to judgment debtor in our possession or under our control.

DATE: 12/19/06    SIGNATURE: _____
(Type or Print Name) Michael Martin
Vice President & Legal Counsel
TITLE: First National Bank Alaska
(907) 777-3023

**Make checks payable to:**
**"CLERK OF COURT"**
Note Case Number on the checks.
***************************************
Mail "Response to Levy" & check to:
**U.S. Marshals Service**
**222 W. 7th Ave., #28**
**Anchorage, AK 99513**

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Notice of Levy by Court Writ
3:06-CV-00116-RRB

Page 2