| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|
| PLAINTIFF<br>Trustees of the Alaska Laborers Health & Security Trust Funds | COURT CASE NUMBER<br>3:06-CV-00016-RRB |
| DEFENDANT<br>/Brian A. Petross d/b/a Sunscape Construction | TYPE OF PROCESS<br>Writ of Execution |

| SERVE → AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Wells Fargo Bank |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>301 W. Northern Lights Blvd., Anchorage, AK 99503 |

RECEIVED
JAN 10 2007
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dawn Andrews, Paralegal
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve writ of execution, notice of levy and response to levy

| Signature of Attorney or other Originator requesting service on behalf of:<br>*Dawn Andrews* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>563-8844 | DATE<br>12/6/06 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 6 | District to Serve<br>No. 6 | Signature of Authorized USMS Deputy or Clerk | Date<br>12/13/0 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Elaine Kroll   Branch Mgr. | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above)<br>30f3 | Date of Service  12/18/06   Time 1250 pm<br>Signature of U.S. Marshal or Deputy |

| Service Fee<br>45 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
Received check for $1,140-

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| State of Alaska )<br>)<br>Plaintiff, )<br>v. )<br>)<br>Brian A. Petross d/b/a Sunscape )<br>Construction, )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:06-CV-00016 |

RECEIVED
JAN 10 2007
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

## U.S. MARSHALS RETURN ON WRIT OF EXECUTION

I, Randy M. Johnson, United States Marshal for the District of Alaska, do hereby certify and return that a copy of this writ was served on Wells Fargo Bank, Elaine Kroll, Branch Manager, on December 18, 2006 by Deputy Troy Meeks and that on January 9, 2007, this office did receive a Wells Fargo Banck check #107426 made payable to the Clerk of Court in the amount of $1,140.00.

I hereby return said check to the U.S. District Court **partially satisfying this Writ of Execution**, dated this 9th day of January, 2007 at Anchorage, Alaska.

RANDY M. JOHNSON
United States Marshal
District of Alaska

By: _____
Deputy U.S. Marshal

WELLS FARGO BANK

Ref # 1754
12/18/06  12:48 pm
AU 01417
IN Person
[signature]
Elaine A. Knll
$0 — no fee received

Sarah E. Josephson, Esq.
Jermain, Dunnagan & Owens
3000 A St., Suite 300
Anchorage, AK 99503
(907) 563-8844

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

STATE OF ALASKA, for the use and benefit of  )
TRUSTEES OF the ALASKA                        )
LABORERS HEALTH AND SECURITY,                 )
RETIREMENT, TRAINING AND                      )
LEGAL SERVICES TRUST FUNDS,                   )
                                              )
                                              )
                Plaintiffs,                   )
                                              )
vs.                                           )
                                              )
BRIAN A. PETROSS d/b/a                        )
SUNSCAPE CONSTRUCTION                         )
                                              )
                Defendant.                    )
_____)   Case No. 3:06-CV-00016-RRB

### NOTICE OF LEVY BY A COURT WRIT

TO:   Wells Fargo Bank
      301 W. Northern Lights Blvd.
      Anchorage, AK 99503

YOU ARE HEREBY NOTIFIED that all money, stocks, bonds, personal property, credits and debts due or owing in your possession or under your control belonging to Brian A. Petross and/or Brian A. Petross d/b/a Sunscape Construction, SSN: ▇▇▇▇▇▇, DOB ▇▇▇▇, not exceeding the sum of $7,630.05 are hereby levied upon by the attached Writ of Execution. Do not release said money, stocks, bonds, personal property, credits and debts to anyone other than U.S. Marshal. You must complete the attached Response to Levy and return it to the U.S. Marshals office within 24 hours pursuant to AS 09.40.060.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

**WELLS FARGO BANK**

Date: DEC 19 2006

| | | RANDY M. JOHNSON |
| --- | --- | --- |
| Amount of Writ: | $7,630.05 | United States Marshal |
| Service Fee: | $ 47.00 | District of Alaska |
| Interest: | $ 1.09/day | 222 West 7th Avenue #28 |
| Total Due: | $ | Anchorage, Alaska 99513 |
| | | (907) 271-5154 |

By: _____
Deputy U.S. Marshal

### RESPONSE TO LEVY

To United States Marshal:

You are notified that Wells Fargo Bank (X) does ( ) does not have money, personal property, credits, or debts belonging to Brian A. Petross and/or Brian A. Petross d/b/a Sunscape Construction, SSN: ████, DOB ████ in the amount of $ 1140.00 of which $ 1140.00 is being released to you. There is no other property of any kind belonging to judgment debtor in our possession or under our control.

DATE: DEC 19 2006          SIGNATURE: Krystal Reyes
                           (Type or Print Name) Krystal Reyes
                           TITLE: Processor

> Make checks payable to:
> **"CLERK OF COURT"**
> Note Case Number on the checks.
> ********************************
> Mail "Response to Levy" & check to:
> U.S. Marshals Service
> 222 W. 7th Ave., #28
> Anchorage, AK 99513

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Notice of Levy by Court Writ
3:06-CV-00116-RRB

Page 2

RECEIVED TIME DEC. 18. 3:02PM

```
          UNITED STATES
          DISTRICT COURT
           District of Alaska
           Anchorage Division

         # 00129689 - PS
         January 10, 2007


   Code    Case #    Qty      Amount

  604700-R 06-16              1,140.00 CK


        TOTAL->       1,140.00


  FROM: BRIAN A. PETROSS D/B/A
        SUNSCAPE CONSTRUCTION
        3:06-CV-00016 RRB
```