Sarah E. Josephson, Esq.
Jermain, Dunnagan & Owens
3000 A St., Suite 300
Anchorage, AK 99503
(907) 563-8844

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF the ALASKA LABORERS HEALTH AND SECURITY, RETIREMENT, TRAINING AND LEGAL SERVICES TRUST FUNDS,<br><br>           Plaintiffs,<br><br>vs.<br><br>BRIAN A. PETROSS d/b/a SUNSCAPE CONSTRUCTION<br><br>           Defendant. | <br><br><br><br><br><br><br><br><br><br>Case No. 3:06-CV-00016-RRB |

## MOTION TO RELEASE FUNDS

Come now Plaintiffs, Trustees of the Alaska Laborers Health and Security, Retirement, Training and Legal Services Trust Funds, by and through their attorneys, Jermain, Dunnagan & Owens, P.C., and hereby move this Court for an order releasing monies obtained through a levy served on Wells Fargo Bank. By Return on Writ of Execution, the U.S. Marshals certified that the amount of $1,140.00 was received from Wells Fargo Bank and made payable to the Clerk of Court.

Plaintiffs request an Order of the Court releasing this money payable to Jermain, Dunnagan & Owens, in Trust for Plaintiffs, Trustees of the Alaska Laborers Health and Security, Retirement, Training and Legal Services Trust Funds.

DATED in Anchorage, Alaska this 19th day of March, 2007

                JERMAIN DUNNAGAN & OWENS, P.C.
                Attorneys for Plaintiffs

By:_____/s/Sarah E. Josephson_____
     Sarah E. Josephson
     Jermain, Dunnagan & Owens
     3000 A Street, Suite 300
     Anchorage, AK  99503
     (907) 563-8844
     (907) 563-7322
     sjosephson@jdolaw.com
     ABA No. 9705017