Sarah E. Josephson, Esq.
Jermain, Dunnagan & Owens
3000 A St., Suite 300
Anchorage, AK 99503
(907) 563-8844

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of ) <br> TRUSTEES OF the ALASKA ) <br> LABORERS HEALTH AND SECURITY, ) <br> RETIREMENT, TRAINING AND ) <br> LEGAL SERVICES TRUST FUNDS, ) <br>   ) <br>   ) <br> Plaintiffs, ) <br>   ) <br> vs. ) <br>   ) <br> BRIAN A. PETROSS d/b/a ) <br> SUNSCAPE CONSTRUCTION ) <br>   ) <br> Defendant. ) <br> _____ ) | Case No. 3:06-CV-00016-RRB |

## ORDER TO RELEASE FUNDS

Plaintiffs having moved for release of monies obtained on Writ of Execution, and the Court being fully advised in the premises,

IT IS ORDERED that the Clerk of Court disburse the amount of $1,140.00 payable to Jermain, Dunnagan & Owens in Trust for Plaintiffs, Trustees of the Alaska Laborers Health and Security, Retirement, Training and Legal Services Trust Funds.

_____, 2007.

_____
Ralph R. Beistline
U.S. District Court Judge