| | |
|---|---|
| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form.<br>RECEIVED JUL 09 2007 |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Trustees of the Alaska Laborers Health & Security Trust Funds | 3:06-CV-00016-RRB CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K. |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Brian A. Petross d/b/a Sunscape Construction | Writ of Execution |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Wells Fargo Bank

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

301 W. Northern Lights Blvd.  Anchorage, AK 99503

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dawn Andrews, Paralegal
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Serve writ of execution, notice of levy and response to levy.

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☒ DEFENDANT
TELEPHONE NUMBER: 563-8844
DATE: 6/14/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 4
District to Serve No. 4
Signature of Authorized USMS Deputy or Clerk
Date: 6/20/0

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): April Park

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 7/5/07  Time: 11:40 am

4.2u

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45 | 2- | | 47- | | | |

REMARKS:

No funds
Returned 7/9/07

PRIOR EDITIONS MAY BE USED  **1. CLERK OF THE COURT**  FORM USM-285 (Rev. 12/15/80)

07/06/2007  14:10    480-724-5105                    WFB-LEGAL ORDER PROC                    PAGE  04/05
JUL. 6. 2007 11:02AM    WELLS FARGO BANK

7/5/07 11 NO. 41634 P. 2

Served in Person
No Fee
01417 K3212-011
aPark
April J. Park

Sarah E. Josephson, Esq.
Jermain, Dunnagan & Owens
3000 A St., Suite 300
Anchorage, AK 99503
(907) 563-8844

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

STATE OF ALASKA, for the use and benefit of  )
TRUSTEES OF the ALASKA                       )
LABORERS HEALTH AND SECURITY,                )
RETIREMENT, TRAINING AND                     )
LEGAL SERVICES TRUST FUNDS,                  )
                                             )
                                             )
                        Plaintiffs,          )
                                             )
vs.                                          )
                                             )
BRIAN A. PETROSS d/b/a                       )
SUNSCAPE CONSTRUCTION                        )
                                             )
                        Defendant.           )
                                             )   Case No. 3:06-CV-00016-RRB

### NOTICE OF LEVY BY A COURT WRIT

TO:  Wells Fargo Bank
     301 W. Northern Lights Blvd.
     Anchorage, AK 99503

YOU ARE HEREBY NOTIFIED that all money, stocks, bonds, personal property, credits and debts due or owing in your possession or under your control belonging to Brian A. Petross and/or Brian A. Petross d/b/a Sunscape Construction, SSN: [Redacted] DOB [Redacted], not exceeding the sum of $5,942.88 are hereby levied upon by the attached Writ of Execution. Do not release said money, stocks, bonds, personal property, credits and debts to anyone other than U.S. Marshal. You must complete the attached Response to Levy and return it to the U.S. Marshals office within 24 hours pursuant to AS 09.40.060.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

07/06/2007 14:10    480-724-5105
JUL. 6. 2007 11:03AM    WELLS FARGO BANK    WFB-LEGAL ORDER PROC    NO. 4163    PAGE 05/05
P. 3

Date: _____

| | | RANDY M. JOHNSON |
| --- | --- | --- |
| Amount of Writ: | $ 7,630.05 | United States Marshal |
| Service Fee: | $ 47.00 | District of Alaska |
| Post-Judgment Costs: | $ 254.97 | 222 West 7th Avenue #28 |
| Interest through 6/14/07: | $ 255.82 | Anchorage, Alaska 99513 |
| Less Prior Executions: | $-2,244.96 | (907) 271-5154 |
| Total Due: | $ 5,942.88 | |

By: _____
Deputy U.S. Marshal

### RESPONSE TO LEVY

To United States Marshal:

You are notified that Wells Fargo Bank ( ) does (X) does not have money, personal property, credits, or debts belonging to Brian A. Petross and/or Brian A. Petross d/b/a Sunscape Construction, SSN: __Redacted__, in the amount of $__Account Closed__ of which $ __Account Closed__ is being released to you. There is no other property of any kind belonging to judgment debtor in our possession or under our control.

DATE: __JUL 0 6 2007__    SIGNATURE: _____
(Type or Print Name) __Krystal Reyes__
TITLE: __Processor__

> Make checks payable to:
> "CLERK OF COURT"
> Note Case Number on the checks.
> ****************************************
> Mail "Response to Levy" & check to:
> U.S. Marshals Service
> 222 W. 7th Ave., #28
> Anchorage, AK 99513

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 305
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Notice of Levy by Court Writ
3:06-CV-00116-RRB

Page 2