| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Alaska Laborers Health & Security Trust Fund et al. | 3:06-CV-00016-RRB |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Brian A. Petross d/b/a Sunscape Construction | Writ of Execution |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
State of Alaska, Dept. of Revenue, Permanent Fund Dividend Division

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

RECEIVED
NOV 19 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dawn Andrews, Paralegal
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Serve writ of execution and notice of levy

Receipt # 131764
PS 11/19/07  $239.01

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (907) 563-8844
DATE: 3/28/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) — Total Process: 1 — District of Origin No. 6 — District to Serve No. 6 — Signature of Authorized USMS Deputy or Clerk — Date: 3/28/07

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 4-2-07  Time: 1200 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45 | .97 | | 45.97 | | | |

REMARKS: Returned 11/19/2007
Received $239.01
Check # 57780307

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF THE ALASKA LABORERES HEALTH AND SECURITY, RETIREMENT, TRAINING AND LEGAL SERVICES TRUST FUNDS,<br><br>    Plaintiff,<br>vs.<br><br>BRIAN A. PETROSS d/b/a SUNSCAPE CONSTRUCTION<br><br>    Defendant. | Case #3:06-CV-0016 |

**U.S. MARSHALS RETURN ON WRIT OF EXECUTION**

I, Randy M. Johnson, United States Marshal for the District of Alaska, do hereby certify and return that a copy of this writ was served on the State of Alaska Permanent Fund Dividend office on **April 2, 2007**, by Deputy U.S. Marshal **Ron Dewitt** and that on **November 16, 2007** this office did receive a State of Alaska Treasury Warrant Check No. 57780307 made payable to the Clerk of Court in the amount of **$239.01**.

I hereby return said check to the U.S. District Court partially satisfying this Writ of Execution, dated this **19th** day of November, 2007 at Anchorage, Alaska.

                                         RANDY M. JOHNSON
                                         United States Marshal
                                         District of Alaska

                By: _____
                        Deputy U.S. Marshal

## NOTICE OF LEVY ON ALASKA PERMANENT FUND DIVIDEND
## BY A COURT WRIT

**To:** State of Alaska
Department of Revenue
Permanent Fund Dividend Division

**From:** U. S. Marshal
222 W 7th Ave #28
Anchorage, AK 99513-7504
Phone (907) 271-5154

| - For PFD Division Use Only - |
|---|
| PFD Server Code |
| **G0137** |
| Location _____ |
| Priority _____ |

☐ Check here if you are adding or correcting information from a previously submitted notice of levy. Date of previous notice _____.
*Highlight information being corrected or added.*

**Case Number** 3 - 06 - 0016 (RRB) CI
 Location Code / Year / Case Number / Case Type

*Example:* 1JU-02-01234 CI

Case type must be one of the following:
CI (Civil)
CN (Child in Need of Aid)
CP (Children Proceeding)
CR (Criminal)
DL (Delinquency)
DR (Domestic Relations)
DV (Domestic Violence)
PR (Probate)
SC (Small Claims)

YOU ARE HEREBY NOTIFIED that all funds in your possession or under your control belonging to the person identified below, not exceeding the Total Due listed below, is hereby levied upon by the attached writ.

| | |
|---|---|
| **Judgment Debtor Name** | Brian A. Petross d/b/a Sunscape Construction |
| **AKA or Alias** | |
| **Social Security Number** | SSN Redacted |
| **Date of Birth** | DOB Redacted |
| **Amount of Writ** | $ 5,499.57 (balance as of 12/18/06) + $209.00 post-judgment costs |
| **Service Fee** | $ 45.97 |
| **Interest to October 15** | $ 239.01 (12/18/06 - 10/15/07 at 5.27%) |
| **Total Due** | $ 5,993.55 |

**Service Agent**

| Signature | Date 4-2-07 |
|---|---|
| Printed Name | Title |

Funds seized under this Notice of Levy will be forwarded to the Clerk of Court that issued the writ.

```
-------------------------------------------------------------------------------
Not Negotiable - See important tax information on the back of this form.  0000587
        1099-MISC                    Case Id: 3060016CI
                                     Applicant's Name:
   Payer's Name: State of Alaska       PETROSS, BRIAN A
        Federal ID: 92-6001185
-------------------------------------------------------------------------------
Warrant Issue Date:    11/13/2007         Warrant Amount. . . . . . . .  $239.01
Warrant Number:        57780307           CLERK OF COURT
                                          222 W 7TH AVE #28
PFD ALN:               07357795           ANCHORAGE AK   99513
-------------------------------------------------------------------------------
Funding for PFD dividends comes from:     The Total Gross Dividend has been reduced for:
* Permanent Fund earnings:                * Medical and Public Assistance hold
   Constitutional dedication of funds  $591.88    harmless provisions of AS 43.23.075   -$21.33
   Legislative action:                    * Legislative appropriation of convicted
      Statutory inflation proofing      659.52       and incarcerated felon and misdemeanant
      Special legislative appropriations 439.68      dividends                           -18.98
* Reimbursements to the Dividend Fund      0.00   * Dividend program administrative costs -12.95
* Unexpended prior year Dividend Funds    18.96   * Prior year dividend obligations       -2.78

   Total Gross Dividend              $1,710.04      Net Dividend                      $1,654.00
-------------------------------------------------------------------------------
An individual is not eligible for a dividend when, during all or part of the calendar year immediately
preceding that dividend year, the individual was:
        * sentenced as a result of a felony conviction,
        * incarcerated as a result of a felony conviction, or
        * incarcerated as a result of a misdemeanor if the individual was convicted of a prior felony,
          or two or more prior misdemeanors.

Total funds that would have been paid as 2006 dividends to individuals not eligible under this provision
were $11,469,212.

The legislative purpose for making these individuals not eligible to receive a dividend is to:
        * obtain reimbursement for some of the costs imposed on the state criminal system relating to
          incarceration or probation; and
        * provide funds for services for and payments to crime victims and for grants for the operation
          of domestic violence and sexual assault programs.

Total funds appropriated for FY 2008 under this purpose are:
        * Department of Corrections                           $6,211,400
        * Council on Domestic Violence and Sexual Assault      3,789,600
        * Violent Crimes Compensation Board                    1,067,600
        * Office of Victims' Rights                              400,600
                                                            -----------
Total appropriations                                         $11,469,200
                                                            ===========
```

Dividend Information Offices: Anchorage (907) 269-0370 Fairbanks (907) 451-2820 Juneau (907) 465-2326 Inside Alaska 1-800-773-8813