Sarah E. Josephson, Esq.
Jermain, Dunnagan & Owens
3000 A St., Suite 300
Anchorage, AK 99503
(907) 563-8844

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, for the use and benefit of TRUSTEES OF the ALASKA LABORERS HEALTH AND SECURITY, RETIREMENT, TRAINING AND LEGAL SERVICES TRUST FUNDS,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>BRIAN A. PETROSS d/b/a SUNSCAPE CONSTRUCTION<br><br>　　　　　　　　Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:06-CV-00016-RRB |

**<u>MOTION TO RELEASE FUNDS</u>**

Come now Plaintiffs, Trustees of the Alaska Laborers Health and Security, Retirement, Training and Legal Services Trust Funds, by and through their attorneys, Jermain, Dunnagan & Owens, P.C., and hereby move this Court for an order releasing monies obtained from the State of Alaska, Department of Revenue, through the U.S. Marshal's Return on the Writ of Execution. By Return of Writ executed, the U.S. Marshal certified that the amount of $239.01 was made payable to the Clerk of Court.

Debtor's Alaska Permanent Fund Dividend is exempt to the extent allowed under AS 09.38.015(a)(9) and AS 43.23.065.  Therefore, plaintiffs request an Order of the Court releasing this money payable to Jermain, Dunnagan & Owens, in Trust for Plaintiffs, Trustees of the Alaska Laborers Health and Security, Retirement, Training and Legal Services Trust Funds.

DATED at Anchorage, Alaska this 27th day of November, 2007

                                                              JERMAIN DUNNAGAN & OWENS, P.C.
Attorneys for Plaintiffs


By:_____/s/Sarah E. Josephson_____
     Sarah E. Josephson
     Jermain, Dunnagan & Owens
     3000 A Street, Suite 300
     Anchorage, AK  99503
     (907) 563-8844
     (907) 563-7322
     sjosephson@jdolaw.com
     ABA No. 9705017